Angela Lizada
Nevada Bar No. 11637
alizada@lawhhp.com
Christine M. Emanuelson, Esq.
Nevada Bar No. 10143
cemanuelson@lawhhp.com
**HINES HAMPTON PELANDA, LLP**
711 South 9th Street
Las Vegas, NV 89101
Tel.: (702) 933-7829
Fax: (702) 947-6757

Attorneys for Defendant
NATIONWIDE INSURANCE COMPANY
OF AMERICA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD HOMES, INC., a Nevada corporation; and ARTS DISTRICT HOLDINGS, LLC, a Nevada limited liability company, | **CASE NO.:** |
| Plaintiff, | *[Lower Court Case No. A-22-850360-C Eighth Judicial District Court, Clark County, Nevada]* |
| v | **DEFENDANT'S NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL** |
| NATIONWIDE INSURANCE COMPANY OF AMERICA; DOES I-X, inclusive,; and ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA:**

Defendant Nationwide Insurance Company of America ("NICOA") notices the removal of this action to the United States District Court for the District of Nevada, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support, NICOA, by and through its undersigned attorneys of record, states as follows:

# INTRODUCTION

1.      This action is a civil action on which this Court has original jurisdiction under 28 U.S.C. § 1332, and it is one that NICOA may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

2.      Plaintiffs EDWARD HOMES, INC and ARTS DISTRICT HOLDINGS, LLC, ("Plaintiffs") filed a Complaint in this action against NICOA on March 28, 2022, in the Eighth Judicial District Court of the State of Nevada for the County of Clark, titled *Edward Homes, Inc. and Arts District Holdings, LLC v. Nationwide Insurance Company of America*, Case No. A-22-850360-C (the "State Court Action").[1]  A copy of the original Summons and Complaint are attached hereto collectively as **Exhibit A**.

3.      The documents in **Exhibit A** were served on NICOA via U.S. Postal Service certified mail by the Department of Business and Industry, Division of Insurance, Nevada Commissioner of Insurance on April 8, 2022.  A copy of the Nevada Commissioner of Insurance's cover letter dated April 8, 2022 enclosing the Summons and Complaint is contained in **Exhibit A**, attached hereto.  NICOA's agent for service of process, CSC, received the documents contained in **Exhibit A** on April 11, 2022.  A copy of CSC's Notice of Service of Process transmittal reflecting the date that the Complaint was received by NICOA's agent for service of process, CSC, is contained in **Exhibit A**.

4.      On April 13, 2022, Plaintiffs filed a First Amended Complaint in the State Court Action.  On April 19, 2022, Plaintiffs filed an Amended Summons.  A

---

[1] / NICOA contends it is not a proper defendant in the case because, as Plaintiffs allege in Paragraph 8 of their First Amended Complaint (Exhibit B), the policy of insurance at issue was issued by Scottsdale Insurance Company.  Scottsdale Insurance Company an Ohio stock corporation and is not a subsidiary of NICOA.

true and correct copy of the Amended Summons and First Amended Complaint served on NICOA are attached hereto collectively as **Exhibit B**.

5.    The documents in **Exhibit B** were served on NICOA via U.S. Postal Service certified mail by the Department of Business and Industry, Division of Insurance, Nevada Commissioner of Insurance on April 29, 2022.  A copy of the Nevada Commissioner of Insurance's cover letter dated April 29, 2022 enclosing the Amended Summons and First Amended Complaint are contained in **Exhibit B**, attached hereto.  NICOA's agent for service of process, CSC, received the documents contained in **Exhibit B** on April 30, 2022.  A copy of CSC's Notice of Service of Process transmittal reflecting the date that the First Amended Complaint was received by NICOA's agent for service of process, CSC, is contained in **Exhibit B**.

6.    This Notice of Removal is brought pursuant to 28 U.S.C. §§ 1441 and 1146.  NICOA is the only named defendant in the State Court Action.  Therefore, no joinder of any other defendant in this removal is required.  See Murphy Brothers, Inc. v. Michetti Pipe Stringing Inc., 526 U.S. 344, 347–48 (1999).

7.    The First Amended Complaint alleges, *inter alia*, that Plaintiff ARTS DISTRICT HOLDINGS, LLC ("Arts District") is the owner of real property located at 1022 S. Main Street, Las Vegas, NV 89101, APN No. 139-33-811-031 (the "Property"), that Plaintiff Edward Homes, Inc. ("Edward Homes") is a licensed building contractor in the process of construction on the Property, and that the Property sustained a fire loss on September 5, 2021 (Arts District and Edward Homes are collectively referred to herein as "Plaintiffs').  See **Exhibit B**, *First Amended Complaint, ¶¶5-7*.  The First Amended Complaint further alleges that Plaintiffs submitted a claim under a Builder's Risk policy of insurance issued to by Scottsdale Insurance Company for claimed fire loss damages and that NICOA has failed to remit payment on its claim under this Builder's Risk policy.  *Id*., ¶¶8-16. The First Amended Complaint alleges causes of action against NICOA for breach

of contract, breach of the implied covenant of good faith and fair dealing – contractual and tortious, violation of *Nevada Revised Statute* 686A.310, and declaratory relief.

## DIVERSITY OF CITIZENSHIP

8.      Complete diversity of citizenship exists among all Plaintiffs and NICOA.

9.      Plaintiff Edward Homes is alleged in the First Amended Complaint to be a Nevada corporation.  See **Exhibit B**, *First Amended Complaint*, ¶1.  Pursuant to the Nevada's Business Portal via the Nevada Secretary of State website, Edward Homes is a Nevada domestic corporation with its principal place of business located at 8475 S. Eastern Ave., #105, Las Vegas, Nevada 89123.  Attached hereto as **Exhibit C** is a true and correct copy of the Nevada Secretary of State business search information for Edward Homes.  Based on this information, NICOA is informed and believes Edward Homes is and was, at all material times, a citizen of the State of Nevada.

10.     Plaintiff Arts District is alleged in the First Amended Complaint to be a Nevada limited liability company.  See **Exhibit B**, *First Amended Complaint*, ¶2.  Pursuant to Nevada's Business Portal via the Nevada Secretary of State website, Arts District is a Domestic Limited-Liability Company.  Attached hereto as **Exhibit D** is a true and correct copy of the Nevada Secretary of State business search information for Arts District.  Pursuant to a search of Arts District on the Nevada's Business Portal via the Nevada Secretary of State website, Arts District has one member, Bromet Holdings, LLC, with a business address of 197 E. California, #300, Las Vegas, Nevada, 89104.  Pursuant to Nevada's Business Portal via the Nevada Secretary of State website, Bromet Holdings, LLC, is a Domestic Limited-Liability Company with one managing member, Vision Manager, LLC.  Attached hereto as **Exhibit E** is a true and correct copy of the Nevada Secretary of State business search information for Bromet Holdings, LLC.

Pursuant to a search of Bromet Holdings, LLC on the Nevada's Business Portal via the Nevada Secretary of State website, Bromet Holdings, LLC, has one member, Vision Manager, LLC, who has a business address of 8475 S. Eastern Ave., #105, Las Vegas, Nevada, 89123 (the same address as Plaintiff Edward Homes). Pursuant to Nevada's Business Portal via the Nevada Secretary of State website, Vision Manager, LLC, is a Domestic Limited-Liability Company with one managing member, Brock E. Metzka.  Attached hereto as **Exhibit F** is a true and correct copy of the Nevada Secretary of State business search information for Vision Manager, LLC.  Pursuant to an online search, NICOA is informed and believes, and based thereon alleges, Mr. Brock E. Metzka resides in Clark County, Nevada.  Accordingly, based on the information outlined herein and in **Exhibits E-F** attached hereto, NICOA is informed and believes, and thereon alleges, that Plaintiff Arts District is, and was at all materials times, a citizen of the State of Nevada.

11.    NICOA is, and was when this action was filed, an insurance company incorporated, organized, and existing under the laws of the State of Ohio. NICOA's corporate headquarters and principal office is located at One Nationwide Plaza in Columbus, Ohio.  Columbus, Ohio is the actual center of direction, control, and coordination of NICOA.  As a result, NICOA's principal place of business is the State of Ohio, and NICOA is deemed to be a citizen of Ohio.

12.    DOE INDIVIDUALS I-X and ROE ENTITIES 1-X alleged in the First Amended Complaint are named and sued fictitiously, and their citizenship should be disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction under 28 U.S.C. §§ 1332 and 1441(a), the latter of which provides that "citizenship of defendants sued under fictitious names should be disregarded."  See also Bryant v. Ford Motor Co., 886 F2d 1526, 1528 (9th Cir. 1989).

13.    Accordingly, NICOA is informed and believes that complete diversity

of citizenship between the parties existed at the time Plaintiffs filed and served its
original Complaint and its First Amended Complaint in the State Court Action and
exists at the present time.

## AMOUNT IN CONTROVERSY

14.    Attached as **Exhibit G** is a true and correct copy of a repair estimate
Plaintiffs' representative submitted to NICOA in support of their insurance claim
for the claimed damage to the Property with an estimate amount of $2,974,999.48.

15.    "[A] defendant's notice of removal need include only a plausible
allegation that the amount in controversy exceeds the jurisdictional threshold."
Dart Cherokee Basin Operating Co., LLC v. Owens, 574 U.S. 81, 89 (2014).
Based on the

16.    For jurisdictional purposes, the amount in controversy includes
Plaintiff's claimed punitive damages, in addition to his actual compensatory
damages.  See *e.g.*, Bell v. Preferred Life Assurance Soc., 320 U.S. 238, 240
(1943) ("Where both actual and punitive damages are recoverable under a
complaint each must be considered to the extent claimed in determining
jurisdictional amount.").  In the First Amended Complaint, in addition to
entitlement to policy benefits, Plaintiffs allege they are entitled to an award of
punitive damages.  See **Exhibit B**, *First Amended Complaint*, ¶31.  Plaintiffs also
seek attorneys' fees. Id., ¶¶24, 32, 51.l

17.    Based on the estimate contained in **Exhibit G** and Plaintiffs' claims
for attorneys' fees and punitive damages in addition to their compensatory
damages claim, NICOA is informed and believes the amount in controversy in
this action exceeds $75,000.

## CONCLUSION

18.    A true and correct copy of this Notice of Removal is being filed on
this date with the Clerk of the District Court of Clark County, Nevada and served
on Plaintiffs' counsel.

19.    Based on the foregoing, NICOA removes the above action now pending in the Eighth Judicial District Court of the State of Nevada for the County of Clark, as Case No. A-22-850360-C, to the United States District Court of Nevada.

NICOA demands a trial by jury.


Dated:  May 6, 2022                     **HINES HAMPTON PELANDA LLP**

                              By:     _/s/ Christine Emanuelson_
                                      Christine M. Emanuelson
                                      Attorneys for Defendants,
                                      NATIONWIDE INSURANCE COMPANY
                                      OF AMERICA

# Exhibit "A"



**TV / ALL**
**Transmittal Number: 24752893**
**Date Processed: 04/12/2022**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>Three Nationwide Plaza<br>Columbus, OH 43215-2410 |
| **Electronic copy provided to:** | Ashley Roberts |
| **Entity:** | Nationwide Insurance Company Of America<br>Entity ID Number  3286566 |
| **Entity Served:** | Nationwide Insurance Company of America |
| **Title of Action:** | Edward Homes, Inc., and Arts District Holdings LLC vs. Nationwide Insurance Company of America, Doe Individuals I-X inclusive and Roe Entities I-X, inclusive |
| **Matter Name/ID:** | Edward Homes, Inc., and Arts District Holdings LLC vs. Nationwide Insurance Company of America, Doe Individuals I-X inclusive and Roe Entities I-X, inclusive (12183128) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Clark County District Court, NV |
| **Case/Reference No:** | A-22-850360-C |
| **Jurisdiction Served:** | Nevada |
| **Date Served on CSC:** | 04/11/2022 |
| **Answer or Appearance Due:** | 20 days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Walsh & Friedman, Ltd<br>n/a |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

STEVE SISOLAK
*Governor*

**STATE OF NEVADA**



TERRY REYNOLDS
*Director*

BARBARA D. RICHARDSON
*Commissioner*

DEPARTMENT OF BUSINESS AND INDUSTRY
**DIVISION OF INSURANCE**
1818 East College Pkwy., Suite 103
Carson City, Nevada 89706
(775) 687-0700 • Fax (775) 687-0787
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

April 8, 2022

NATIONWIDE INSURANCE COMPANY OF AMERICA (License No. 194)
CORPORATION SERVICE COMPANY
112 N CURRY ST
CARSON CITY NV  89703-4934

Re:    Notice of Service of Process (SOP No. 2374)
Certified Mail No. 9171 9690 0935 0255 6438 82
Edward Homes, Inc., et al v. Nationwide Insurance Company of America
A-22-850360-C, Eighth Judicial District Court, Clark County, Nevada

Enclosed you will find a summons or initial documents, which has been personally served upon
the Nevada Commissioner of Insurance as statutory attorney to accept service of process on your
behalf.  These documents were served at 2:54 p.m. on April 7, 2022.

Sincerely,

Barbara D. Richardson
Commissioner of Insurance

By:    /s/ Betsy Gould
Service of Process Clerk

Enclosure

Electronically Issued
3/29/2022 3:01 PM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SUMM**
**ROBERT J. WALSH, ESQ.**
Nevada Bar No.: 003836
**WALSH & FRIEDMAN, LTD.**
400 S. Maryland Parkway
Las Vegas, NV 89101
Phone: (702) 474-4660
*Attorneys for Plaintiff*

RECEIVED
APR 07 2022
2:54 p.m.
DIVISION OF INSURANCE
STATE OF NEVADA

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

EDWARD HOMES, INC., a Nevada
corporation; and ARTS DISTRICT
HOLDINGS, LLC, a Nevada limited
liability company,

                      Plaintiff,

vs.

NATIONWIDE INSURANCE COMPANY
OF AMERICA; DOE INDIVIDUALS I-X,
inclusive, and ROE ENTITIES I-X,
inclusive,

                      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: A-22-850360-C

DEPT. NO.: 22

**SUMMONS**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.
READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you
for the relief set forth in the Complaint.
                **NATIONWIDE INSURANCE COMPANY OF AMERICA**

    1. If you intend to defend this lawsuit, within 20 days after this Summons is served on
you, exclusive of the day of service, you must do the following:

        a.  File with the Clerk of this Court, whose address is shown below, a formal written
            response to the Complaint in accordance with the rules of the Court, with the
            appropriate filing fee.
        b.  Serve a copy of your response upon the attorney whose name and address is shown
            below.

    2. Unless you respond, your default will be entered upon application of the Plaintiff(s)
and this Court may enter a judgment against you for the relief demanded in the Complaint,
which could result in the taking of money or property or other relief requested in the
Complaint.

-1-

*WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660*

1

2

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

3

4

5

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

STEVEN D. GRIERSON

6

Issued at the direction of:

CLERK OF COURT

7

8

/s/ Robert J. Walsh
Attorney for Plaintiff

By: _Robin Rodriguez_                3/29/2022
Deputy Clerk                        Date
County Courthouse

9

200 South Lewis Avenue

10

Las Vegas, Nevada 89155
Robyn Rodriguez

11

NOTE: When service is by publication, add a brief statement of the object of the action. See Rules of Civil Procedure 4(b).

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

RECEIVED
APR 0 7 2022
DIVISION OF INSURANCE
STATE OF NEVADA

-2-

Electronically Filed
3/28/2022 2:17 PM
Steven D. Grierson
CLERK OF THE COURT

**IAFD**
**ROBERT J. WALSH, ESQ.**
Nevada Bar No.: 003836
**WALSH & FRIEDMAN, LTD.**
400 S. Maryland Parkway
Las Vegas, NV 89101
Phone: (702) 474-4660
*Attorney for Plaintiffs*

CASE NO: A-22-850360-C
Department 22

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

EDWARD HOMES, INC., a Nevada corporation; and ARTS DISTRICT HOLDINGS, LLC, a Nevada limited liability company,

                Plaintiffs,

vs.

NATIONWIDE INSURANCE COMPANY OF AMERICA; DOE INDIVIDUALS I-X, inclusive; and ROE ENTITIES I-X, inclusive,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.:
DEPT. NO.:

**INITIAL APPEARANCE**
**FEE DISCLOSURE**

Pursuant to NRS Chapter 19, as amended by Senate Bill 106 filing fees are submitted for parties appearing in the above-entitled action as indicated below:

    EDWARD HOMES, INC., Plaintiff .................................$270.00

. . .

. . .

. . .

. . .

. . .

. . .

. . .



RECEIVED
APR 0 7 2022
DIVISION OF INSURANCE
STATE OF NEVADA

-1-

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

ARTS DISTRICT HOLDINGS, LLC, Additional Plaintiff $30.00

*Total Remitted:*........................................................*$300.00*

DATED: This _____ day of March, 2022.

                                        **WALSH & FRIEDMAN, LTD.**

                                        _____
                                        **ROBERT J. WALSH, ESQ.**
                                        State Bar No. 003836
                                        400 South Maryland Parkway
                                        Las Vegas, Nevada 89101
                                        *Attorneys for Plaintiffs*

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

-2-



Electronically Filed
3/28/2022 2:17 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
**ROBERT J. WALSH, ESQ.**
Nevada Bar No.: 003836
**WALSH & FRIEDMAN, LTD.**
400 S. Maryland Parkway
Las Vegas, NV 89101
Phone: (702) 474-4660
*Attorney for Plaintiffs*

CASE NO: A-22-850360-C
Department 22

### EIGHTH JUDICIAL DISTRICT COURT

### CLARK COUNTY, NEVADA

RECEIVED
APR - 7 2022
2:54 p.m.
DIVISION OF INSURANCE
STATE OF NEVADA

| | |
|---|---|
| EDWARD HOMES, INC., a Nevada corporation; and ARTS DISTRICT HOLDINGS, LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONWIDE INSURANCE COMPANY OF AMERICA; DOE INDIVIDUALS I-X, inclusive; and ROE ENTITIES I-X, inclusive, <br><br> Defendants. | CASE NO.: <br> DEPT. NO.: <br><br> **COMPLAINT** <br><br> **Causes of Action** <br><br> 1. Breach of Contract; <br> 2. Breach of the Covenant of Good Faith and Fair Dealing- Contractual/Tortious; <br> 3. NRS 686A.310 Violation; <br> 4. Declaratory Relief. <br><br> **Automatic Exemption from Arbitration** <br> (*Claims Involving Declaratory Relief*) |

COMES NOW, Plaintiffs, EDWARD HOMES, INC. ("EDWARD HOMES") and ARTS DISTRICT HOLDINGS, LLC ("ARTS DISTRICT," and together with EDWARD HOMES, the "Plaintiffs"), by and through their Counsel of Record, ROBERT J. WALSH, ESQ. of the law firm of WALSH & FRIEDMAN, LTD., for causes of action against the named Defendant, hereby alleges, complains and avers, as follows:

### PARTIES AND JURISDICTION

1. EDWARD HOMES has been, at all times relevant to this action, a Nevada corporation, qualified and conducting business in the County of Clark, State of Nevada.

2. ARTS DISTRICT is a Nevada limited liability company, qualified and conducting

*WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660*

-1-

business in the County of Clark, State of Nevada.

3. Upon information and belief, Defendant NATIONWIDE INSURANCE COMPANY OF AMERICA ("Defendant") is a Foreign Corporation, registered with the Nevada Department of Insurance and conducting business in the County of Clark, State of Nevada.

4. That the true names and capacities, whether individual, corporate, associate or otherwise, Defendants, DOE INDIVIDUALS I - X and ROE ENTITIES I - X, are unknown to Plaintiffs who therefore sue said Defendant(s) by such fictitious names; Plaintiffs are informed and believe and thereupon alleges that each of the Defendant(s) designated herein as a DOE or ROE is responsible in some manner for the events and happenings referred to and caused damage(s) to Plaintiffs as alleged herein and that Plaintiffs will seek leave of this Court to amend this complaint and insert the true names and capacities when the same have been ascertained and enjoin such Defendants in this action.

## STATEMENT OF FACTS

5. ARTS DISTRICT is the owner of certain real property commonly known as 1022 S. Main St., Las Vegas, NV 89101, APN No. 139-33-811-031 (the "Property").

6. EDWARD PROPERTY is a Nevada licensed building contractor in the process of construction on the Property.

7. On September 5, 2021, the Property sustained a fire loss, causing extensive damage.

8. At the time of the subject fire, Plaintiffs maintained a Builder's Risk policy of insurance with Defendant, policy number: CPS7412120, issued on July 2, 2021 for a one (1) year term (the "Policy").

9. Plaintiffs performed their obligations under the Policy, including payment of all due premium payments.





10.  Defendant is Plaintiffs' insurer under the Policy and the fire damage at the Property is a covered loss under the Policy.

11.  Immediately after suffering the fire loss at the Property, Plaintiffs contacted Defendant to initiate a claim for the fire loss damages.

12.  Over the course of the next seven (7) months, Defendant requested numerous documents from Plaintiffs in support of the subject loss.

13.  Plaintiffs have complied with each of every one of Defendant's requests and have provided all the requested documentation.

14.  Additionally, on January 11, 2022, Defendant took a "Statement Under Oath" of the President of EDWARD HOMES to obtain additional information pertaining to the subject loss.

15.  Plaintiffs have timely complied with each of every request of the Defendant since the initial processing of this claim.

16.  It has now been over seven (7) months and Defendant has failed and/or refused and continues to fail and/or refuse to remit any payments to Plaintiffs (including reimbursement for emergency repairs) as and for said loss and in direct violation of the terms of the subject Policy of insurance.

17. As of the filing of the instant action, Defendant has failed to respond to Plaintiffs' demand for insurance proceeds beyond their requests for information, which requests have been long-satisfied.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

18. Plaintiffs repeat and reaffirm each and every allegation contained in all previous paragraphs of this Complaint, as though fully referenced herein, and further alleges, as

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

-3-


RECEIVED
APR 0 7 2022
DIVISION OF INSURANCE
STATE OF NEVADA

follows.

19. The Policy is a written contract. As the Policy is an adhesion contract, it is to be interpreted broadly affording the greatest possible coverage to the insured.

20. Plaintiff have performed its due obligations under the Policy.

21. Defendant breached its obligations under the Policy.

22. As a result of Defendant's breach, Plaintiffs have been damaged in an amount in excess of Fifteen Thousand Dollars and 00/100 ($15,000.00) and are entitled to recover the same.

23. It has been necessary for the Plaintiffs to retain the services of counsel to prosecute this action, and as such, a reasonable sum for attorney's fees and costs of suit should be awarded.

## SECOND CAUSE OF ACTION
### (*Breach of the Covenant of Good Faith and Fair Dealing- Contractual and Tortious*)

24. Plaintiffs repeat and reaffirm each and every allegation contained in all previous paragraphs of this Complaint, as though fully referenced herein, and further alleges, as follows.

25. Implied in every contract entered into in the State of Nevada is a covenant of good faith and fair dealing

26. There is no purpose of the Policy beyond the provision of insurance coverage for covered losses, which includes the fire damage at the Property. Defendant has acted in an arbitrary manner unfaithful to the purpose of the Policy, in bad faith, and in violation of the justified expectations of Plaintiffs by its untimely processing of the claim and failure and/or refusal to compensate Plaintiffs for covered losses under the Policy without any reasonable

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

-4-


RECEIVED
APR 0 7 2022
DIVISION OF INSURANCE
STATE OF NEVADA

basis or proper cause. A failure and/or refusal to process the claim is an effective denial of the benefits of the claim.

27. A special element of reliance or fiduciary duty exists between Plaintiffs and Defendants where Defendant was in a superior or trusted position yet engaged in grievous and perfidious misconduct in actual or implied awareness of the absence of a reasonable basis for denying benefits of the Policy. Upon information and belief, Defendant acted unreasonably with actual or implied knowledge that there is no reasonable basis for its conduct.

28. As a result of Defendant's breach of the implied covenant of good faith and fair dealing, Plaintiffs have been damaged in an amount in excess of Fifteen Thousand Dollars and 00/100 ($15,000.00) and are entitled to recover the same.

29. As Defendant's misconduct has been in conscious disregard for Plaintiffs and include an element of fraud, oppression and/or malice, Plaintiffs are entitled to an award of punitive damages.

30. It has been necessary for the Plaintiffs to retain the services of counsel to prosecute this action, and as such, a reasonable sum for attorney's fees and costs of suit should be awarded.

### THIRD CAUSE OF ACTION
### *(Violation of NRS 686A.310)*

31. Plaintiffs repeat and reaffirm each and every allegation contained in all previous paragraphs of this Complaint, as though fully referenced herein, and further alleges, as follows.

32. Nevada has enacted the Unfair Claims Settlement Practices Act at NRS 686A.310. NRS 686A.310(2) provides a private right of action against insurers for damages sustained by

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

the insured as a result of the commission of any act set forth in NRS 686A.310(1) as an unfair practice.

33.  At the time of the fire at the Property, EDWARD HOMES was a named insured under the Policy issued by the Defendant.  ARTS DISTRICT was an additional named insured under the Policy as the owner of the Property subject of the construction.

34.  Defendant is an, "insurer," as defined by NRS Chapter 686A.

35.  Plaintiffs are an, "insured," as defined by NRS Chapter 686A.

36.  Based upon this relationship of insured and insurer, Defendant is bound by the statutory rules and regulations contained in NRS Chapter 686A.

37.  Defendant violated NRS 683A.310(1)(b) by its failure to promptly communicate with Plaintiffs with respect to claims arising under insurance policies.

38.  Defendant violated NRS 683A.310(1)(c) by its failure to adopt and implement reasonable standards for prompt investigation and processing of claims arising under its policies of insurance.

39.  Defendant violated NRS 683A.310(1)(d) by its failure to affirm coverage of the claim made by Plaintiffs under the Policy within a reasonable period of time after proof of loss requirements have been completed and submitted by Plaintiffs.

40.  Defendant violated NRS 683A.310(1)(e) by its failure to effectuate prompt, fair and equitable settlement of Plaintiffs' claim in which liability of Defendants has become reasonably clear.

41.  Defendant violated NRS 683A.310(1)(k) by its delay in the investigation and payment of claims by requiring Plaintiffs to submit a preliminary claim report and then requiring subsequent submissions which contain substantially the same information.



-6-



42.   Discovery may reveal additional violations.

43.   The improper claims handling by Defendant has caused damage independent of the underlying fire losses, including but not limited to the special damage of attorneys' fees being incurred.

44.   As a result, Plaintiffs have been damaged in an amount in excess of Fifteen Thousand Dollars and 00/100 ($15,000.00) and are entitled to recover the same.

45.   It has been necessary for Plaintiffs to retain the services of counsel to prosecute this action, and as such, a reasonable sum for attorney's fees and costs of suit should be awarded.

### FOURTH CAUSE OF ACTION
#### (*Declaratory Relief*)

46.   Plaintiffs repeat and reaffirm each and every allegation contained in all previous paragraphs of this Complaint, as though fully referenced herein, and further alleges, as follows.

47.   A justiciable controversy has arisen between Plaintiffs and Defendant as to the parties' respective rights and obligations under the Policy.

48.   The parties' respective rights and interests under the Policy are materially adverse.

49.   The justiciable controversy is ripe for judicial determination.

50.   As such, Plaintiffs seek a judicial declaration that: (a) the fire damages are a covered loss under the Policy; (b) Defendant has an obligation to process the claim for coverage within a reasonable amount of time; (c) Defendant's failure and/or refusal to process the claim is a breach of the Policy; and (d) Defendant has an obligation to pay the covered losses without further delay.



WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

-7-



RECEIVED
APR 0 7 2022
DIVISION OF INSURANCE
STATE OF NEVADA

51. It has been necessary for the Plaintiffs to retain the services of counsel to prosecute this action, and as such, a reasonable sum for attorney's fees and costs of suit should be awarded.

**WHEREFORE**, Plaintiffs pray for relief against the named Defendant, as follows:

1. For declaratory judgment under NRS Chapter 30, the Uniform Declaratory Judgment Act;

2. For compensatory damages in an amount in excess of Fifteen Thousand Dollars ($15,000.00);

3. For punitive damages in an amount to be determined at the time of trial of this matter;

4. For attorney's fees, costs, expenses of litigation, and interest, as special damages under NRS 686A.310; and

5. For such other and further relief as this Court deems necessary and proper.

DATED: this 10th day of March, 2022.

**WALSH & FRIEDMAN, LTD.**

*/s/ Robert J. Walsh*
**ROBERT J. WALSH, ESQ.**
State Bar No.  003836
400 South Maryland Parkway
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*



Nevada D
1818 E. College Pkwy., Suite 103
Carson City, NV 89706-7986

9171 9690 0935 0255 6438 82

FIRST-CLASS MAIL

NATIONWIDE INSURANCE COMPANY
OF AMERICA
CORPORATION SERVICE COMPANY
112 N CURRY ST
CARSON CITY NV  89703-4934

# Exhibit "B"



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 24859418**
**Date Processed: 05/03/2022**

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>Three Nationwide Plaza<br>Columbus, OH 43215-2410 |
| **Electronic copy provided to:** | Ashley Roberts |

| | |
|---|---|
| **Entity:** | Nationwide Insurance Company Of America<br>Entity ID Number  3286566 |
| **Entity Served:** | Nationwide Insurance Company of America |
| **Title of Action:** | Edward Homes, Inc.; Arts District Holdings, LLC vs. Nationwide Insurance Company of America; Doe Individuals I-X, inclusive; and Roe Entities I-X, inclusive |
| **Matter Name/ID:** | Edward Homes, Inc., and Arts District Holdings LLC vs. Nationwide Insurance Company of America, Doe Individuals I-X inclusive and Roe Entities I-X, inclusive (12183128) |
| **Document(s) Type:** | Summons and Amended Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Clark County District Court, NV |
| **Case/Reference No:** | A-22-850360-C |
| **Jurisdiction Served:** | Nevada |
| **Date Served on CSC:** | 04/30/2022 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | NV Commissioner of Insurance on 04/28/2022 |
| **How Served:** | Certified Mail |
| Sender Information: | Walsh & Friedman, Ltd.<br>Not Shown |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882  |  sop@cscglobal.com

STEVE SISOLAK
*Governor*

**STATE OF NEVADA**



TERRY REYNOLDS
*Director*

BARBARA D. RICHARDSON
*Commissioner*

DEPARTMENT OF BUSINESS AND INDUSTRY
**DIVISION OF INSURANCE**
1818 East College Pkwy., Suite 103
Carson City, Nevada 89706
(775) 687-0700 ● Fax (775) 687-0787
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

April 29, 2022

NATIONWIDE INSURANCE COMPANY OF AMERICA (License No. 194)
CORPORATION SERVICE COMPANY
112 N CURRY ST
CARSON CITY NV  89703-4934

Re:    Notice of Service of Process (SOP No. 2398)
       Certified Mail No. 9171 9690 0935 0270 7151 99
       Edward Homes, Inc., et al. v. Nationwide Insurance Company of America
       A-22-850360-C, Eighth Judicial District Court, Clark County, Nevada

Enclosed you will find a summons or initial documents, which has been personally served upon the Nevada Commissioner of Insurance as statutory attorney to accept service of process on your behalf.  These documents were served at 2:55 p.m. on April 28, 2022.

Sincerely,

Barbara D. Richardson
Commissioner of Insurance

By:    /s/ Betsy Gould
       Service of Process Clerk

Enclosure

Electronically Issued
4/19/2022 12:11 PM

**SUMM**
**ROBERT J. WALSH, ESQ.**
Nevada Bar No.: 003836
**WALSH & FRIEDMAN, LTD.**
400 S. Maryland Parkway
Las Vegas, NV 89101
Phone: (702) 474-4660
*Attorneys for Plaintiff*

R E C E I V E D
APR 28 2022
2:55 P.M.
DIVISION OF INSURANCE
STATE OF NEVADA

## DISTRICT COURT

## CLARK COUNTY, NEVADA

EDWARD HOMES, INC., a Nevada
corporation; and ARTS DISTRICT
HOLDINGS, LLC, a Nevada limited
liability company,

                Plaintiffs,

vs.

NATIONWIDE INSURANCE COMPANY
OF AMERICA; DOE INDIVIDUALS I-X,
inclusive; and ROE ENTITIES I-X,
inclusive,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)

CASE NO.: A-22-850360-C
DEPT. NO.: 22

## **AMENDED SUMMONS**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint. **NATIONWIDE INSURANCE COMPANY OF AMERICA**

    1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

        a.  File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
        b.  Serve a copy of your response upon the attorney whose name and address is shown below.

    2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

*WALSH & FRIEDMAN, LTD*
*400 S. Maryland Parkway*
*Las Vegas, NV 89101*
*(702) 474-4660*

-1-

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

STEVEN D. GRIERSON

Issued at the direction of:

CLERK OF COURT

/s/ Robert J. Walsh
Attorney for Plaintiff

By: _____
Deputy Clerk                    Date
County Courthouse
200 South Lewis Avenue
Las Vegas, Nevada 89155

Robyn Rodriguez

4/19/2022

NOTE: When service is by publication, add a brief statement of the object of the action.  See Rules of Civil Procedure 4(b).

*WALSH & FRIEDMAN, LTD*
*400 S. Maryland Parkway*
*Las Vegas, NV 89101*
*(702) 474-4660*

-2-


RECEIVED
APR 2 8 2022
DIVISION OF INSURANCE
STATE OF NEVADA

Electronically Filed
4/13/2022 11:54 AM
Steven D. Grierson
CLERK OF THE COURT

ACOMP
**ROBERT J. WALSH, ESQ.**
Nevada Bar No.: 003836
**WALSH & FRIEDMAN, LTD.**
400 S. Maryland Parkway
Las Vegas, NV 89101
Phone: (702) 474-4660
*Attorney for Plaintiffs*

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| EDWARD HOMES, INC., a Nevada corporation; and ARTS DISTRICT HOLDINGS, LLC, a Nevada limited liability company, | )<br>)<br>) CASE NO.: A-22-850360-C<br>) DEPT. NO.: 22<br>) |
| Plaintiffs, | )<br>) **FIRST AMENDED COMPLAINT** |
| vs. | )<br>) **Causes of Action** |
| NATIONWIDE INSURANCE COMPANY OF AMERICA; DOE INDIVIDUALS I-X, inclusive; and ROE ENTITIES I-X, inclusive, | )  1. Breach of Contract;<br>)  2. Breach of the Covenant of Good Faith<br>)     and Fair Dealing- Contractual/Tortious;<br>)  3. NRS 686A.310 Violation;<br>)  4. Declaratory Relief. |
| Defendants. | )<br>) **Automatic Exemption from Arbitration**<br>*(Claims Involving Declaratory Relief)* |

COMES NOW, Plaintiffs, EDWARD HOMES, INC. ("EDWARD HOMES") and ARTS DISTRICT HOLDINGS, LLC ("ARTS DISTRICT," and together with EDWARD HOMES, the "Plaintiffs"), by and through their Counsel of Record, ROBERT J. WALSH, ESQ. of the law firm of WALSH & FRIEDMAN, LTD., for causes of action against the named Defendant, hereby alleges, complains and avers, as follows:

**PARTIES AND JURISDICTION**

1. EDWARD HOMES has been, at all times relevant to this action, a Nevada corporation, qualified and conducting business in the County of Clark, State of Nevada.

*WALSH & FRIEDMAN, LTD*
*400 S. Maryland Parkway*
*Las Vegas, NV 89101*
*(702) 474-4660*

-1-



2.  ARTS DISTRICT is a Nevada limited liability company, qualified and conducting business in the County of Clark, State of Nevada.

3.  Upon information and belief, Defendant NATIONWIDE INSURANCE COMPANY OF AMERICA ("Defendant") is a Foreign Corporation, registered with the Nevada Department of Insurance and conducting business in the County of Clark, State of Nevada.

4.  That the true names and capacities, whether individual, corporate, associate or otherwise, Defendants, DOE INDIVIDUALS I - X and ROE ENTITIES I - X, are unknown to Plaintiffs who therefore sue said Defendant(s) by such fictitious names; Plaintiffs are informed and believe and thereupon alleges that each of the Defendant(s) designated herein as a DOE or ROE is responsible in some manner for the events and happenings referred to and caused damage(s) to Plaintiffs as alleged herein and that Plaintiffs will seek leave of this Court to amend this complaint and insert the true names and capacities when the same have been ascertained and enjoin such Defendants in this action.

## STATEMENT OF FACTS

5.  ARTS DISTRICT is the owner of certain real property commonly known as 1022 S. Main St., Las Vegas, NV 89101, APN No. 139-33-811-031 (the "Property").

6.  EDWARD PROPERTY is a Nevada licensed building contractor in the process of construction on the Property.

7.  On September 5, 2021, the Property sustained a fire loss, causing extensive damage.

8.  At the time of the subject fire, Plaintiffs maintained a Builder's Risk policy of insurance with Scottsdale Insurance Company, an unadmitted subsidiary and/or division of Defendant, policy number: CPS7412120, issued on July 2, 2021 for a one (1) year term (the "Policy").

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

-2-



9.  Plaintiffs performed their obligations under the Policy, including payment of all due premium payments.

10.  Defendant is Plaintiffs' insurer under the Policy and the fire damage at the Property is a covered loss under the Policy.

11.  Immediately after suffering the fire loss at the Property, Plaintiffs contacted Defendant to initiate a claim for the fire loss damages.

12.  Over the course of the next seven (7) months, Defendant requested numerous documents from Plaintiffs in support of the subject loss.

13.  Plaintiffs have complied with each of every one of Defendant's requests and have provided all the requested documentation.

14.  Additionally, on January 11, 2022, Defendant took a "Statement Under Oath" of the President of EDWARD HOMES to obtain additional information pertaining to the subject loss.

15.  Plaintiffs have timely complied with each of every request of the Defendant since the initial processing of this claim.

16.  It has now been over seven (7) months and Defendant has failed and/or refused and continues to fail and/or refuse to remit <u>any</u> payments to Plaintiffs (including reimbursement for emergency repairs) as and for said loss and in direct violation of the terms of the subject Policy of insurance.

17.  As of the filing of the instant action, Defendant failed to respond to Plaintiffs' demand for insurance proceeds beyond their requests for information, which requests had been long-satisfied.

18.  The day after Plaintiffs filed their Complaint, Defendant, through California counsel,

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

-3-

sent notice that the claim was denied and the Policy rescinded (the "Rescission Notice"). The Rescission Notice contains false statements, which were known by Defendant to be false. The Rescission Notice is a wrongful repudiation of the Policy.

**FIRST CAUSE OF ACTION**
***(Breach of Contract)***

19. Plaintiffs repeat and reaffirm each and every allegation contained in all previous paragraphs of this Complaint, as though fully referenced herein, and further alleges, as follows.

20. The Policy is a written contract. As the Policy is an adhesion contract, it is to be interpreted broadly affording the greatest possible coverage to the insured.

21. Plaintiff have performed its due obligations under the Policy.

22. Defendant breached its obligations under the Policy.

23. As a result of Defendant's breach, Plaintiffs have been damaged in an amount in excess of Fifteen Thousand Dollars and 00/100 ($15,000.00) and are entitled to recover the same.

24. It has been necessary for the Plaintiffs to retain the services of counsel to prosecute this action, and as such, a reasonable sum for attorney's fees and costs of suit should be awarded.

**SECOND CAUSE OF ACTION**
***(Breach of the Covenant of Good Faith and Fair Dealing- Contractual and Tortious)***

25. Plaintiffs repeat and reaffirm each and every allegation contained in all previous paragraphs of this Complaint, as though fully referenced herein, and further alleges, as follows.

*WALSH & FRIEDMAN, LTD*
*400 S. Maryland Parkway*
*Las Vegas, NV 89101*
*(702) 474-4660*



-4-

26. Implied in every contract entered into in the State of Nevada is a covenant of good faith and fair dealing

27. There is no purpose of the Policy beyond the provision of insurance coverage for covered losses, which includes the fire damage at the Property. Defendant has acted in an arbitrary manner unfaithful to the purpose of the Policy, in bad faith, and in violation of the justified expectations of Plaintiffs by its untimely processing of the claim, failure and/or refusal to compensate Plaintiffs for covered losses under the Policy without any reasonable basis or proper cause. A failure and/or refusal to process the claim is an effective denial of the benefits of the claim.

28. In addition, the Rescission Notice is a wrongful repudiation of the Policy denying Plaintiffs its contractual benefits without proper cause. The alleged basis for repudiation is demonstrably false, known by Defendants to be false, and drummed up in an attempt to wrongfully deny Plaintiffs the benefits of tis Policy and/or attempt to resolve the claim for substantially less than the amount of the claim with a return of the policy premiums paid and through attrition.

29. A special element of reliance or fiduciary duty exists between Plaintiffs and Defendants where Defendant was in a superior or trusted position yet engaged in grievous and perfidious misconduct in actual or implied awareness of the absence of a reasonable basis for denying benefits of the Policy. Upon information and belief, Defendant acted unreasonably with actual or implied knowledge that there is no reasonable basis for its conduct.

30. As a result of Defendant's breach of the implied covenant of good faith and fair dealing, Plaintiffs have been damaged in an amount in excess of Fifteen Thousand Dollars and 00/100 ($15,000.00) and are entitled to recover the same.

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

-5-



RECEIVED
APR 28 2022
DIVISION OF INSURANCE
STATE OF NEVADA

31.   As Defendant's misconduct has been in conscious disregard for Plaintiffs and include an element of fraud, oppression and/or malice, Plaintiffs are also entitled to an award of punitive damages.

32.   It has been necessary for the Plaintiffs to retain the services of counsel to prosecute this action, and as such, a reasonable sum for attorney's fees and costs of suit should be awarded.

## THIRD CAUSE OF ACTION
### *(Violation of NRS 686A.310)*

33.   Plaintiffs repeat and reaffirm each and every allegation contained in all previous paragraphs of this Complaint, as though fully referenced herein, and further alleges, as follows:

34.   Nevada has enacted the Unfair Claims Settlement Practices Act at NRS 686A.310. NRS 686A.310(2) provides a private right of action against insurers for damages sustained by the insured as a result of the commission of any act set forth in NRS 686A.310(1) as an unfair practice.

35.   At the time of the fire at the Property, EDWARD HOMES was a named insured under the Policy issued by the Defendant.

36.   Defendant is an, "insurer," as defined by NRS Chapter 686A.

37.   Plaintiff Edward Homes is an, "insured," as defined by NRS Chapter 686A.

38.   Based upon this relationship of insured and insurer, Defendant is bound by the statutory rules and regulations contained in NRS Chapter 686A.

39. Defendant violated NRS 683A.310(1)(a) by its misrepresentation to Plaintiffs pertinent facts relating to the Policy's coverage.

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660


RECEIVED
APR 28 2022
DIVISION OF INSURANCE
STATE OF NEVADA

40. Defendant violated NRS 683A.310(1)(b) by its failure to promptly communicate with Plaintiffs with respect to claims arising under insurance policies.

41. Defendant violated NRS 683A.310(1)(c) by its failure to adopt and implement reasonable standards for prompt investigation and processing of claims arising under its policies of insurance.

42. Defendant violated NRS 683A.310(1)(d) by its failure to affirm coverage of the claim made by Plaintiffs under the Policy within a reasonable period of time after proof of loss requirements have been completed and submitted by Plaintiffs.

43. Defendant violated NRS 683A.310(1)(e) by its failure to effectuate prompt, fair and equitable settlement of Plaintiffs' claim in which liability of Defendants has become reasonably clear.

44. Defendant violated NRS 683A.310(1)(f) by compelling Plaintiffs to institute litigation to recover amounts due under the Policy and offering substantially less than the amount to ultimately be recovered.

45. Defendant violated NRS 683A.310(1)(g) by attempting to settle Plaintiff's claim for a mere return of the premium, which is less than the amount to which a reasonable person would have believed they would be entitled to by reference to the written material accompanying or made part of the Policy application.

46. Defendant violated NRS 683A.310(1)(k) by its delay in the investigation and payment of claims by requiring Plaintiffs to submit a preliminary claim report and then requiring subsequent submissions which contain substantially the same information.

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

-7-



47. Defendant violated NRS 683A.310(1)(n) by its failure to provide promptly to Plaintiffs a reasonable explanation of the basis in the insurance policy, with respect to the denial of the claim.

48. Discovery may reveal additional violations.

49. The improper claims handling by Defendant has caused damage independent of the underlying fire losses, including but not limited to the special damage of attorneys' fees being incurred.

50. As a result, Plaintiffs have been damaged in an amount in excess of Fifteen Thousand Dollars and 00/100 ($15,000.00) and are entitled to recover the same.

51. It has been necessary for Plaintiffs to retain the services of counsel to prosecute this action, and as such, a reasonable sum for attorney's fees and costs of suit should be awarded.

### FOURTH CAUSE OF ACTION
### (*Declaratory Relief*)

52. Plaintiffs repeat and reaffirm each and every allegation contained in all previous paragraphs of this Complaint, as though fully referenced herein, and further alleges, as follows.

53. A justiciable controversy has arisen between Plaintiffs and Defendant as to the parties' respective rights and obligations under the Policy.

54. The parties' respective rights and interests under the Policy are materially adverse.

55. The justiciable controversy is ripe for judicial determination.

56. As such, Plaintiffs seek a judicial declaration that: (a) the fire damages are a covered loss under the Policy; (b) Defendant has an obligation to process the claim for coverage within a reasonable amount of time; (c) Defendant's failure and/or refusal to process the claim

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

-8-



RECEIVED
APR 28 2022
DIVISION OF INSURANCE
STATE OF NEVADA

is a breach of the Policy; (d) Defendant's attempted rescission is wrongful; and (e) Defendant has an obligation to pay the covered losses without further delay.

57. It has been necessary for the Plaintiffs to retain the services of counsel to prosecute this action, and as such, a reasonable sum for attorney's fees and costs of suit should be awarded.

WHEREFORE, Plaintiffs pray for relief against the named Defendant, as follows:

1. For declaratory judgment under NRS Chapter 30, the Uniform Declaratory Judgment Act;

2. For compensatory damages in an amount in excess of Fifteen Thousand Dollars ($15,000.00);

3. For punitive damages in an amount to be determined at the time of trial of this matter;

4. For attorney's fees, costs, expenses of litigation, and interest, as special damages under NRS 686A.310; and

5. For such other and further relief as this Court deems necessary and proper.

DATED: this 31st day of March, 2022.

WALSH & FRIEDMAN, LTD.

*/s/ Robert J. Walsh*
**ROBERT J. WALSH, ESQ.**
State Bar No. 003836
400 South Maryland Parkway
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

-9-



RECEIVED
APR 2 8 2022
DIVISION OF INSURANCE
STATE OF NEVADA

3813

Nevada Division of Insurance
1818 E. College Pkwy., Suite 103
Carson City, NV 89706-7986





CERTIFIED MAIL

9171 9690 0935 0270 7151 99

Hasler
04/29/2022
US POSTAGE $007.16
FIRST-CLASS MAIL

ZIP 89701
011D12604213

NATIONWIDE INSURANCE COMPANY
OF AMERICA
CORPORATION SERVICE COMPANY
112 N CURRY ST
CARSON CITY NV  89703-4934

SOP BCG

# Exhibit "C"

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

EDWARD HOMES, INC.

**Entity Number:**

C1672-2003

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

01/27/2003

**NV Business ID:**

NV20031250204

**Termination Date:**

Perpetual

**Annual Report Due Date:**

1/31/2023

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

BARBARA HUGHES

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

8475 S EASTERN AVE #105, Las Vegas, NV, 89123, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| President | BROCK METZKA | 8475 S EASTERN AVE #105, Las Vegas, NV, 89123, USA | 06/02/2021 | Active |
| Secretary | BARBARA HUGHES | 8475 S EASTERN AVE #105, Las Vegas, NV, 89123, USA | 06/02/2021 | Active |
| Treasurer | BARBARA HUGHES | 8475 S EASTERN AVE #105, Las Vegas, NV, 89123, USA | 06/02/2021 | Active |
| Director | BARBARA HUGHES | 8475 S EASTERN AVE #105, Las Vegas, NV, 89123, USA | 06/02/2021 | Active |

**Page 1 of 1, records 1 to 4 of 4**

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|--------------|------|--------------|-------|
| | | No records to view. | |

Number of No Par Value Shares:

**2500**

Total Authorized Capital:

**2,500**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

# Exhibit "D"

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

ARTS DISTRICT HOLDINGS LLC

**Entity Number:**

E0477102015-8

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

10/08/2015

**NV Business ID:**

NV20151603723

**Termination Date:**

Perpetual

**Annual Report Due Date:**

10/31/2022

**Series LLC:**

☐

**Restricted LLC:**

☑

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

WALSH & FRIEDMAN, LTD.

**Status:**

Active

**CRA Agent Entity Type:**

CRA - Corporation

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20131644447

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

400 S MARYLAND PKWY, LAS VEGAS, NV, 89101, USA

4/14/22, 1:36 PM
Silver Flume Nevada's Business Portal to start/manage your business
Case 2:22-cv-00725-RFB-EJY Document 1 Filed 05/06/22 Page 46 of 76

**Mailing Address:**

**Individual with Authority to Act:**

ROBERT H WALSH ESQ

**Fictitious Website or Domain Name:**

---

**OFFICER INFORMATION**

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | BROMET HOLDINGS LLC | 197 E. CALIFORNIA #300, LAS VEGAS, NV, 89104, USA | 10/01/2018 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History      Name History      Mergers/Conversions

Return to Search      Return to Results

# Exhibit "E"

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

BROMET HOLDINGS LLC

**Entity Number:**

E0475502007-4

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

06/29/2007

**NV Business ID:**

NV20071176790

**Termination Date:**

Perpetual

**Annual Report Due Date:**

6/30/2022

**Series LLC:**

☐

**Restricted LLC:**

☐

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

BARBARA HUGHES

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

8475 S EASTERN AVE #105, Las Vegas, NV, 89123, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | VISION MANAGER LLC | 8475 S EASTERN AVE #105, Las Vegas, NV, 89123, USA | 06/30/2020 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

Exhibit "F"

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

VISION MANAGER LLC

**Entity Number:**

E0137552019-4

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

03/25/2019

**NV Business ID:**

NV20191232442

**Termination Date:**

Perpetual

**Annual Report Due Date:**

3/31/2023

**Series LLC:**

☐

**Restricted LLC:**

☐

---

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

BARBARA HUGHES

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

8475 S EASTERN AVE #105, Las Vegas, NV, 89123, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | BROCK E METZKA | 8475 S Eastern Ave #105, Las Vegas, NV, 89123, USA | 02/22/2021 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results

Exhibit "G"

 **NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

| | |
|---|---|
| Client: | Treehouse Restaurant |
| Property: | 1022 S Main St. |
| | Las Vegas , NV 89101 |

Operator:    JIM.BASC

| Estimator: | James Baschnagel | Business: | (702) 843-4110 |
|---|---|---|---|
| | | E-mail: | Jim.Baschnagel@gmail.com |

| | | | |
|---|---|---|---|
| Type of Estimate: | Fire | | |
| Date Entered: | 9/24/2021 | Date Assigned: | |

| | |
|---|---|
| Price List: | NVLV8X_DEC21 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | 1022_S_MAIN_ST |

The Following Estimate is based upon a Physical Site Inspection, interview with owners, available information from web sites.
Approved Architectural & Engineered drawings are not available at this time.
The purpose of this report is to establish a Scope of Work for use by the insured and/or the insured's representative company.
All items in this scope of work are based on the current conditions at the time of inspection.
Any hidden or unforeseen damages that may be uncovered during demolition and reconstruction are excluded from this estimate and will need to be added or supplemented.
Code upgrade requirements from the local building department are not included in this scope of work unless specified and may need to be added or supplemented.
This estimate may need to be revised as additional information becomes available.
Prices are considered current for approximately 2 weeks and will need to be reviewed and revised every 2 weeks to remain current.
Xactimate estimating software is used as a guideline to produce pricing for this scope of work.
Components and prices may need to be adjusted to account for material availability and scarcity from wide spread disaster events, current market labor conditions, sub contractor pricing and local market supply and demand.
This scope of work is solely for the purposes of establishing work required to return the property to it's pre-loss condition, this is not a solicitation or bid to contract for construction work.
This estimate and report and all its contents are the sole property of NVL Design & Consulting any alterations, changes, additions, or deletions
to this estimate are strictly forbidden.



**NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

### 1022_S_MAIN_ST
### Level 1

**Level 1**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| **Framing, Foundation & Block:** | | | |
| 1.  R&R Footings - labor and materials | 71.98 CY @ | 576.44 = | 41,492.15 |
| 2.  Steel rebar - j-bar - #4, 2' 6" | 1,396.00 EA @ | 4.00 = | 5,584.00 |
| 3.  R&R Steel rebar - #4 (1/2") | 3,133.22 LF @ | 2.94 = | 9,211.67 |
| 4.  R&R Block - 8" x 8" x 16" - in place - reinforced | 9,920.21 SF @ | 11.97 = | 118,744.91 |
| 5.  2" x 4" x 20' #2 & better Fir / Larch (material only) | 331.00 EA @ | 19.67 = | 6,510.77 |
| 6.  2" x 4" x 8' #2 & better Fir / Larch (material only) | 277.00 EA @ | 7.38 = | 2,044.26 |
| 7.  R&R Sheathing - OSB - 1/2" | 2,476.59 SF @ | 2.35 = | 5,819.98 |
| 8.  R&R Labor to frame 2" x 4" non-bearing wall - 16" oc | 14,851.01 SF @ | 1.18 = | 17,524.19 |
| 9.  R&R Concrete slab on grade - finished in place | 165.56 CY @ | 630.81 = | 104,436.90 |
| 10.  2" x 4" x 10' #2 & better Fir / Larch (material only) | 84.00 EA @ | 9.22 = | 774.48 |
| 11.  R&R Steel rebar - #4 (1/2") | 25,099.49 LF @ | 2.94 = | 73,792.50 |
| 12.  2" x 4" x 12' #2 & better Fir / Larch (material only) | 600.00 EA @ | 11.11 = | 6,666.00 |
| 13.  2" x 4" x 18' #2 & better Fir / Larch (material only) | 52.00 EA @ | 17.79 = | 925.08 |
| 14.  2" x 4" x 16' #2 & better Fir / Larch (material only) | 11.00 EA @ | 14.64 = | 161.04 |
| 15.  2" x 4" x 14' #2 & better Fir / Larch (material only) | 9.00 EA @ | 12.99 = | 116.91 |
| 16.  R&R Block - 4" x 8" x 16" - in place | 519.17 SF @ | 8.70 = | 4,516.78 |
| 17.  2" x 4" x 92 5/8" pre-cut stud (for 8' wall, mat only) | 130.00 EA @ | 7.15 = | 929.50 |
| 18.  R&R Header - engineered strand lumber - 5 1/4" x 11 7/8" | 144.00 LF @ | 40.74 = | 5,866.56 |
| 19.  Construction adhesive | 250.00 LF @ | 0.23 = | 57.50 |
| 20.  R&R Framing hanger | 150.00 EA @ | 14.50 = | 2,175.00 |
| 21.  R&R Framing hanger - large | 150.00 EA @ | 16.45 = | 2,467.50 |
| 22.  R&R Framing hold down - 16" | 20.00 EA @ | 103.18 = | 2,063.60 |
| 23.  R&R Framing post base connector - 6" | 20.00 EA @ | 38.19 = | 763.80 |
| 24.  R&R Framing post cap connector - 8" | 20.00 EA @ | 36.75 = | 735.00 |
| 25.  R&R Framing strap - 24" long | 25.00 EA @ | 22.24 = | 556.00 |
| 26.  R&R Framing strap - 66" long | 12.00 EA @ | 52.59 = | 631.08 |
| 27.  R&R Metal sway brace | 12.00 EA @ | 35.70 = | 428.40 |
| 28.  Carpenter - General Framer - per hour | 40.00 HR @ | 67.63 = | 2,705.20 |
| 29.  Powder actuated drive pin - 1 1/2" plastic-flange nail | 50.00 EA @ | 1.01 = | 50.50 |
| 30.  Sill seal foam - 6" | 250.00 LF @ | 0.26 = | 65.00 |
| 31.  Urethane foam sealant | 408.00 LF @ | 0.91 = | 371.28 |
| 32.  Caulking - latex fire sealant - per opening | 24.00 EA @ | 17.65 = | 423.60 |
| 33.  Telehandler/forklift and operator | 40.00 HR @ | 115.68 = | 4,627.20 |

**Entry**                                                                                      **Height: 12'**



**NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

| Missing Wall | 4' 1 7/8" X 12' | | Opens into DINING | |
|---|---|---|---|---|
| **DESCRIPTION** | | **QTY** | **UNIT PRICE** | **TOTAL** |
| **Doors & Windows:** | | | | |
| 34.  R&R Steel door frame - 3' opening | | 1.00 EA @ | 247.57 = | 247.57 |
| 35.  R&R Wood door - oak face, fire rated (mineral fiber core) | | 1.00 EA @ | 404.42 = | 404.42 |
| 36.  R&R Door hinges - High grade (set of 3) | | 1.00 EA @ | 97.37 = | 97.37 |
| 37.  R&R Door closer - Commercial grade | | 1.00 EA @ | 155.01 = | 155.01 |
| 38.  Seal & paint door slab only (per side) | | 1.00 EA @ | 40.53 = | 40.53 |
| 39.  Paint door/window trim & jamb - 2 coats (per side) | | 2.00 EA @ | 33.51 = | 67.02 |
| 40.  R&R Door stop - wall or floor mounted | | 1.00 EA @ | 20.51 = | 20.51 |
| 41.  Lockset - keyed - Heavy duty - Commercial grade | | 1.00 EA @ | 257.00 = | 257.00 |
| 42.  Seal & paint casing - three coats | | 34.00 LF @ | 2.34 = | 79.56 |
| 43.  R&R Storefront - bronze anodized frame - Double pane | | 72.00 SF @ | 37.85 = | 2,725.20 |
| 44.  R&R Storefront door - bronze anod. frame, 3'x7' - Double pane | | 2.00 EA @ | 2,595.60 = | 5,191.20 |

| Elevator | | | | Height: 12' |
|---|---|---|---|---|
| **DESCRIPTION** | | **QTY** | **UNIT PRICE** | **TOTAL** |
| 45.  R&R Elevator - Commercial - 2 stop - hydraulic - High grade | | 1.00 EA @ | 74,960.07 = | 74,960.07 |

**Level 2**

**Level 2**

| **DESCRIPTION** | | **QTY** | **UNIT PRICE** | **TOTAL** |
|---|---|---|---|---|
| **Framing, Foundation & Block:** | | | | |
| 46.  R&R I-joist - 9 1/2" deep - 1 3/4" flange | | 2,345.25 LF @ | 4.94 = | 11,585.54 |
| 47.  R&R Sheathing - OSB - 3/4" - tongue and groove | | 2,784.00 SF @ | 4.37 = | 12,166.08 |
| 48.  R&R Drilled bottom plate - 2" x 6" treated lumber | | 260.50 LF @ | 9.01 = | 2,347.11 |
| 49.  2" x 4" x 20' #2 & better Fir / Larch (material only) | | 15.00 EA @ | 19.67 = | 295.05 |
| 50.  2" x 4" x 8' #2 & better Fir / Larch (material only) | | 10.00 EA @ | 7.38 = | 73.80 |
| 51.  2" x 4" x 12' #2 & better Fir / Larch (material only) | | 116.00 EA @ | 11.11 = | 1,288.76 |
| 52.  R&R Labor to frame 2" x 4" non-bearing wall - 16" oc | | 1,492.42 LF @ | 1.18 = | 1,761.06 |
| 53.  2" x 4" x 14' #2 & better Fir / Larch (material only) | | 3.00 EA @ | 12.99 = | 38.97 |
| 54.  R&R Sheathing - OSB - 1/2" | | 842.87 SF @ | 2.35 = | 1,980.74 |
| 55.  R&R Block - 8" x 8" x 16" - in place - reinforced | | 2,118.44 SF @ | 11.97 = | 25,357.72 |
| 56.  R&R Header - engineered strand lumber - 5 1/4" x 11 7/8" | | 6.00 LF @ | 40.74 = | 244.44 |
| 57.  Additional labor for framing high wall - 2" x 4" | | 2,714.14 SF @ | 0.37 = | 1,004.23 |
| 58.  Construction adhesive | | 600.00 LF @ | 0.23 = | 138.00 |
| 59.  R&R Framing hanger | | 150.00 EA @ | 14.50 = | 2,175.00 |



**NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

**CONTINUED - Level 2**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 60.  R&R Framing hanger - large | 150.00 EA @ | 16.45 = | 2,467.50 |
| 61.  R&R Framing hold down - 16" | 20.00 EA @ | 103.18 = | 2,063.60 |
| 62.  R&R Framing post base connector - 6" | 20.00 EA @ | 38.19 = | 763.80 |
| 63.  R&R Metal sway brace | 25.00 EA @ | 35.70 = | 892.50 |
| 64.  Sill seal foam - 6" | 500.00 LF @ | 0.26 = | 130.00 |
| 65.  Urethane foam sealant | 51.00 LF @ | 0.91 = | 46.41 |
| 66.  Caulking - latex fire sealant - per opening | 25.00 EA @ | 17.65 = | 441.25 |
| 67.  Telehandler/forklift and operator | 40.00 HR @ | 115.68 = | 4,627.20 |

**Mezzanine Dining**                                                          **Height: 12'**

**Missing Wall**                    21' 11 1/2" X 12'              Opens into MEZZANINE_LO

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| **Doors & Windows:** | | | |
| 68.  R&R Storefront - bronze anodized frame - Double pane | 72.00  SF @ | 37.85 = | 2,725.20 |

**Mezzanine Lounge**                                                         **Height: 12'**

**Missing Wall**                    21' 11 1/2" X 12'              Opens into MEZZANINE_D2

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| **Doors & Windows:** | | | |
| 69.  R&R Steel door frame - 3' opening | 2.00 EA @ | 247.57 = | 495.14 |
| 70.  R&R Wood door - oak face, fire rated (mineral fiber core) | 2.00 EA @ | 404.42 = | 808.84 |
| 71.  R&R Door hinges - High grade (set of 3) | 2.00 EA @ | 97.37 = | 194.74 |
| 72.  R&R Door closer - Commercial grade | 2.00 EA @ | 155.01 = | 310.02 |
| 73.  Seal & paint door slab only (per side) | 2.00 EA @ | 40.53 = | 81.06 |
| 74.  Paint door/window trim & jamb - 2 coats (per side) | 4.00 EA @ | 33.51 = | 134.04 |
| 75.  R&R Door stop - wall or floor mounted | 2.00 EA @ | 20.51 = | 41.02 |
| 76.  Lockset - keyed - Heavy duty - Commercial grade | 2.00 EA @ | 257.00 = | 514.00 |
| 77.  Seal & paint casing - three coats | 68.00 LF @ | 2.34 = | 159.12 |
| 78.  R&R Storefront - bronze anodized frame - Double pane | 72.00  SF @ | 37.85 = | 2,725.20 |



**NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

Roof

**Roof**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| **Framing:** | | | | | |
| 79. R&R Mono truss - 3/12 slope | 8,570.20 | LF @ | 10.29 | = | 88,187.36 |
| 80. R&R Sheathing - plywood - 3/4" CDX | 16,882.32 | SF @ | 3.30 | = | 55,711.66 |
| 81. 2" x 4" x 20' #2 & better Fir / Larch (material only) | 34.00 | EA @ | 19.67 | = | 668.78 |
| 82. 2" x 4" x 10' #2 & better Fir / Larch (material only) | 6.00 | EA @ | 9.22 | = | 55.32 |
| 83. 2" x 4" x 8' #2 & better Fir / Larch (material only) | 11.00 | EA @ | 7.38 | = | 81.18 |
| 84. 2" x 4" x 104 5/8" pre-cut stud (for 9' wall, mat only) | 117.00 | EA @ | 8.02 | = | 938.34 |
| 85. 2" x 4" x 92 5/8" pre-cut stud (for 8' wall, mat only) | 88.00 | EA @ | 7.15 | = | 629.20 |
| 86. R&R Sheathing - OSB - 1/2" | 2,227.14 | SF @ | 2.35 | = | 5,233.78 |
| 87. R&R Labor to frame 2" x 4" non-bearing wall - 16" oc | 2,227.14 | SF @ | 1.18 | = | 2,628.02 |
| 88. 2" x 4" x 18' #2 & better Fir / Larch (material only) | 2.00 | EA @ | 17.79 | = | 35.58 |
| 89. R&R Framing/truss hurricane strap | 173.00 | EA @ | 9.97 | = | 1,724.81 |
| 90. R&R Framing hurricane tie | 102.00 | EA @ | 6.84 | = | 697.68 |
| 91. R&R 1" x 10" lumber (.83 BF per LF) | 2,076.00 | LF @ | 4.69 | = | 9,736.44 |
| 92. R&R Saddle or cricket - 26 to 50 SF | 13.00 | EA @ | 272.28 | = | 3,539.64 |
| 93. Caulking - latex fire sealant - per opening | 102.00 | EA @ | 17.65 | = | 1,800.30 |
| 94. Crane and operator - 14 ton capacity - 65' extension boom | 8.00 | HR @ | 152.90 | = | 1,223.20 |
| 95. Telehandler/forklift and operator | 16.00 | HR @ | 115.68 | = | 1,850.88 |
| 96. R&R Skylight - flat fixed, 12.1 - 15 sf | 6.00 | EA @ | 842.40 | = | 5,054.40 |

**Roof1**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 97. R&R Rubber roofing - Fully adhered system - 45 mil | 168.82 | SQ @ | 528.97 | = | 89,300.72 |
| 98. R&R Cap flashing | 553.55 | LF @ | 19.82 | = | 10,971.36 |
| 99. R&R Curb flashing - PVC/TPO | 553.55 | LF @ | 18.22 | = | 10,085.68 |
| 100. R&R Flash parapet wall only - PVC/TPO | 553.55 | LF @ | 14.37 | = | 7,954.52 |
| 101. R&R Flashing - pipe jack - 6" | 12.00 | EA @ | 67.17 | = | 806.04 |
| 102. Remove Additional charge for high roof (2 stories or greater) | 168.82 | SQ @ | 5.61 | = | 947.08 |
| 103. R&R Insulation - ISO board, 4" | 168.82 | SQ @ | 456.34 | = | 77,039.32 |
| 104. R&R Exhaust cap - through flat roof | 11.00 | EA @ | 110.33 | = | 1,213.63 |
| 105. R&R Roof scupper - aluminum | 8.00 | EA @ | 166.37 | = | 1,330.96 |
| 106. R&R Roof drain - PVC/ABS - 2" to 6" outlet | 8.00 | EA @ | 416.06 | = | 3,328.48 |

**Front Elevation**            **LxWxH 100' x 20' x 1'**



**NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 107.  Synthetic stucco on 2" polystyrene board - Water managed | 2,000.00 | SF @ | 10.56 | = | 21,120.00 |
| 108.  Synthetic stucco - additional charge for raised trim | 400.00 | LF @ | 5.06 | = | 2,024.00 |
| 109.  Seal & paint stucco | 2,000.00 | SF @ | 1.55 | = | 3,100.00 |
| 110.  Seal & paint trim - two coats | 400.00 | LF @ | 1.55 | = | 620.00 |
| 111.  House wrap (air/moisture barrier) | 2,000.00 | SF @ | 0.32 | = | 640.00 |
| 112.  Gutter / downspout - aluminum - up to 5" | 120.00 | LF @ | 7.58 | = | 909.60 |
| 113.  Scaffolding Setup & Take down - per hour | 16.00 | HR @ | 48.80 | = | 780.80 |
| 114.  Scaffold - per section - frame only (per week) | 25.00 | WK @ | 26.58 | = | 664.50 |
| **Electrical:** | | | | | |
| 115.  R&R Exterior light fixture - Commercial grade | 6.00 | EA @ | 186.83 | = | 1,120.98 |
| 116.  R&R Motion sensor for exterior light fixture | 1.00 | EA @ | 65.79 | = | 65.79 |
| 117.  R&R Exterior outlet or switch | 4.00 | EA @ | 27.72 | = | 110.88 |
| 118.  R&R Exterior outlet or switch cover | 4.00 | EA @ | 11.49 | = | 45.96 |

**Rear Elevation**                                                                                          **LxWxH 100' x 20' x 1'**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 119.  Synthetic stucco on 2" polystyrene board - Water managed | 2,000.00 | SF @ | 10.56 | = | 21,120.00 |
| 120.  Synthetic stucco - additional charge for raised trim | 400.00 | LF @ | 5.06 | = | 2,024.00 |
| 121.  Seal & paint stucco | 2,000.00 | SF @ | 1.55 | = | 3,100.00 |
| 122.  Seal & paint trim - two coats | 400.00 | LF @ | 1.55 | = | 620.00 |
| 123.  House wrap (air/moisture barrier) | 2,000.00 | SF @ | 0.32 | = | 640.00 |
| 124.  Gutter / downspout - aluminum - up to 5" | 120.00 | LF @ | 7.58 | = | 909.60 |
| 125.  Scaffolding Setup & Take down - per hour | 16.00 | HR @ | 48.80 | = | 780.80 |
| 126.  Scaffold - per section - frame only (per week) | 25.00 | WK @ | 26.58 | = | 664.50 |
| **Electrical:** | | | | | |
| 127.  R&R Exterior light fixture - Commercial grade | 6.00 | EA @ | 186.83 | = | 1,120.98 |
| 128.  R&R Motion sensor for exterior light fixture | 1.00 | EA @ | 65.79 | = | 65.79 |
| 129.  R&R Exterior outlet or switch | 4.00 | EA @ | 27.72 | = | 110.88 |
| 130.  R&R Exterior outlet or switch cover | 4.00 | EA @ | 11.49 | = | 45.96 |

**Right Elevation**                                                                                         **LxWxH 150' x 20' x 1'**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 131.  Synthetic stucco on 2" polystyrene board - Water managed | 3,000.00 | SF @ | 10.56 | = | 31,680.00 |
| 132.  Synthetic stucco - additional charge for raised trim | 600.00 | LF @ | 5.06 | = | 3,036.00 |
| 133.  Seal & paint stucco | 3,000.00 | SF @ | 1.55 | = | 4,650.00 |
| 134.  Seal & paint trim - two coats | 600.00 | LF @ | 1.55 | = | 930.00 |



**NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

**CONTINUED - Right Elevation**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 135. House wrap (air/moisture barrier) | 3,000.00 | SF @ | 0.32 | = | 960.00 |
| 136. Gutter / downspout - aluminum - up to 5" | 170.00 | LF @ | 7.58 | = | 1,288.60 |
| 137. Scaffolding Setup & Take down - per hour | 16.00 | HR @ | 48.80 | = | 780.80 |
| 138. Scaffold - per section - frame only (per week) | 37.50 | WK @ | 26.58 | = | 996.75 |
| **Electrical:** | | | | | |
| 139. R&R Exterior light fixture - Commercial grade | 6.00 | EA @ | 186.83 | = | 1,120.98 |
| 140. R&R Motion sensor for exterior light fixture | 1.00 | EA @ | 65.79 | = | 65.79 |
| 141. R&R Exterior outlet or switch | 4.00 | EA @ | 27.72 | = | 110.88 |
| 142. R&R Exterior outlet or switch cover | 4.00 | EA @ | 11.49 | = | 45.96 |

**Left Elevation**                                                                   **LxWxH 150' x 20' x 1'**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 143. Synthetic stucco on 2" polystyrene board - Water managed | 3,000.00 | SF @ | 10.56 | = | 31,680.00 |
| 144. Synthetic stucco - additional charge for raised trim | 600.00 | LF @ | 5.06 | = | 3,036.00 |
| 145. Seal & paint stucco | 3,000.00 | SF @ | 1.55 | = | 4,650.00 |
| 146. Seal & paint trim - two coats | 600.00 | LF @ | 1.55 | = | 930.00 |
| 147. House wrap (air/moisture barrier) | 3,000.00 | SF @ | 0.32 | = | 960.00 |
| 148. Gutter / downspout - aluminum - up to 5" | 170.00 | LF @ | 7.58 | = | 1,288.60 |
| 149. Scaffolding Setup & Take down - per hour | 16.00 | HR @ | 48.80 | = | 780.80 |
| 150. Scaffold - per section - frame only (per week) | 37.50 | WK @ | 26.58 | = | 996.75 |
| **Electrical:** | | | | | |
| 151. R&R Exterior light fixture - Commercial grade | 6.00 | EA @ | 186.83 | = | 1,120.98 |
| 152. R&R Motion sensor for exterior light fixture | 1.00 | EA @ | 65.79 | = | 65.79 |
| 153. R&R Exterior outlet or switch | 4.00 | EA @ | 27.72 | = | 110.88 |
| 154. R&R Exterior outlet or switch cover | 4.00 | EA @ | 11.49 | = | 45.96 |

**Heat, Vent, & Cool Trades**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 155. Heat/Cool syst. - constant volume - dual duct - Commercial | 13,476.00 | SF @ | 16.78 | = | 226,127.28 |
| 156. HVAC Technician - per hour | 8.00 | HR @ | 89.35 | = | 714.80 |



**NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

### CONTINUED - Heat, Vent, & Cool Trades

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| HVAC Supervisor to coordinate and inspect installation and meet building inspector | | | |
| 157.  Crane and operator - 115 ton capacity | 8.00  HR @ | 382.00 = | 3,056.00 |

**Plumbing Trades**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 158.  Rough in plumbing - includes supply and waste lines | 17,187.00  SF @ | 3.98 = | 68,404.26 |
| 159.  Calsil pipe insulation - 1" wall for 1/2" to 1" pipe | 600.00  LF @ | 5.02 = | 3,012.00 |
| 160.  Water supply line - copper with fitting and hanger, 1-1/2" | 150.00  LF @ | 33.34 = | 5,001.00 |
| Main water supply line | | | |
| 161.  Ball valve - brass - 2" | 2.00  EA @ | 110.64 = | 221.28 |
| 162.  Water pressure regulator valve - 1-1/2" | 1.00  EA @ | 343.93 = | 343.93 |
| 163.  Backflow preventer - 1" - Dual check valve | 1.00  EA @ | 178.86 = | 178.86 |
| 164.  Exterior faucet / hose bibb - frost free | 4.00  EA @ | 91.43 = | 365.72 |
| 165.  Sewer clean-out - 6" diameter | 10.00  EA @ | 226.40 = | 2,264.00 |
| 166.  Wall cleanout cover - 5" - 6" | 10.00  EA @ | 19.79 = | 197.90 |
| 167.  Floor drain - cast iron (no-hub) - 2" to 4" | 4.00  EA @ | 281.92 = | 1,127.68 |
| 168.  Drain/Vent line - ABS pipe with fitting and hanger, 4" | 100.00  LF @ | 17.14 = | 1,714.00 |
| Main sewer connection line | | | |
| 169.  Foundation drainage system - French drain & drainage mat | 500.00  LF @ | 26.90 = | 13,450.00 |
| Gas System | | | |
| 170.  Natural gas service line | 150.00  LF @ | 11.57 = | 1,735.50 |
| Gas supply line from utility | | | |
| 171.  Flexible gas tubing - CSST, 1" per LF | 300.00  LF @ | 15.49 = | 4,647.00 |
| 172.  Manifold for flexible gas tubing - CSST | 2.00  EA @ | 123.94 = | 247.88 |
| 173.  Pressure regulator for flexible gas tubing - CSST | 12.00  EA @ | 116.90 = | 1,402.80 |
| Kitch 2 + Water Heater+ Furnace 2 + Gas Grill | | | |
| 174.  Nail plate | 100.00  EA @ | 3.28 = | 328.00 |
| 175.  Water heater - Commercial, HD - 119 gallon - Gas | 2.00  EA @ | 8,716.69 = | 17,433.38 |
| 176.  Flexible gas supply line connector - 1/2" - up to 24" | 6.00  EA @ | 34.51 = | 207.06 |
| 177.  Water heater blanket | 2.00  EA @ | 52.01 = | 104.02 |
| 178.  R&R Water heater platform - wood frame | 2.00  EA @ | 303.16 = | 606.32 |
| 179.  Circulator pump - bronze - 1 1/2" - 1/8 to 1/6 HP | 2.00  EA @ | 820.03 = | 1,640.06 |
| 180.  Water heater overflow drain pan | 2.00  EA @ | 52.18 = | 104.36 |
| 181.  Water heater seismic strap kit - up to 80 gallon | 2.00  EA @ | 64.75 = | 129.50 |



**NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

**CONTINUED - Plumbing Trades**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 182.  Water heater connector line - 3/4" flexible tubing | 4.00  EA @ | 50.47 = | 201.88 |
| 183.  Ball valve - brass - 3/4" | 2.00  EA @ | 47.27 = | 94.54 |
| 184.  Hammer arrester - 1" | 4.00  EA @ | 153.94 = | 615.76 |
| 185.  R&R Water softener - electronically metered - Large | 1.00  EA @ | 1,432.86 = | 1,432.86 |

**Electrical Trades**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 186.  Temporary power - hookup | 1.00  EA @ | 306.60 = | 306.60 |
| 187.  Utility pole - composite - 25' | 1.00  EA @ | 1,415.69 = | 1,415.69 |
| Temp power pole for construction | | | |
| Service Connection | | | |
| 188.  Meter conduit extension - underground power - 2" - per LF | 100.00  LF @ | 15.90 = | 1,590.00 |
| 189.  Trunk cable - aluminum - 4 wire 4/0 | 100.00  LF @ | 14.15 = | 1,415.00 |
| 190.  Meter mast for overhead power - 2" conduit | 1.00  EA @ | 523.38 = | 523.38 |
| 191.  Meter base and main disconnect - 400 to 2000 amp | 1.00  EA @ | 1,701.42 = | 1,701.42 |
| 192.  Bonding/Grounding clamp | 1.00  EA @ | 4.15 = | 4.15 |
| 193.  Grounding rod - copper clad with clamp, 8' | 1.00  EA @ | 106.94 = | 106.94 |
| 194.  Electrical metallic tubing, (conduit) 2" | 8.00  LF @ | 14.04 = | 112.32 |
| Rough In Electrical | | | |
| 195.  Commercial electrical (SF of bldg) - Average load | 17,187.00  SF @ | 14.66 = | 251,961.42 |
| Low Voltage Systems | | | |
| 196.  Carbon monoxide detector | 12.00  EA @ | 72.51 = | 870.12 |
| Life safety devices need to be replaced when exposed to damaging incidences like smoke or water. | | | |
| 197.  Phone, TV, or speaker outlet | 25.00  EA @ | 18.37 = | 459.25 |
| 198.  Phone / low voltage copper wiring | 600.00  LF @ | 1.08 = | 648.00 |
| 199.  Phone/low voltage outlet rough-in | 25.00  EA @ | 49.71 = | 1,242.75 |
| 200.  Digital satellite system with dual receiver capabilities | 1.00  EA @ | 556.72 = | 556.72 |
| 201.  Comm. Security system - rough-in | 17,187.00  SF @ | 0.11 = | 1,890.57 |
| 202.  Security system - key pad | 1.00  EA @ | 194.48 = | 194.48 |
| 203.  Security system - control panel | 1.00  EA @ | 547.65 = | 547.65 |
| 204.  Security system - motion detector | 4.00  EA @ | 169.12 = | 676.48 |
| 205.  Security system - contact w/wire (per opening)- High grade | 35.00  EA @ | 104.11 = | 3,643.85 |



**NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

**Fire Supression System**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 206.  Fire Supression Design & Engineering | 13,476.00  SF @ | 3.00 = | 40,428.00 |
| 207.  Concealed fire sprinkler system (SF of bldg) | 13,476.00  SF @ | 3.99 = | 53,769.24 |

Residential Building Code (2016 Title 24, Part 2.5, CRC)
Residential Fire Sprinklers -
Your home will require a larger sprinkler distribution lines and with the use of a water softener, a stand-alone system is required to isolate the suppression system from the drinking water supply. In order to meet the minimum fire flow requirements, your water service will need to be a minimum of 1.5 inch, and depending on the design of the system, may require 2" lateral connection to the City supply.
Your prior 5/8" meter will need to be increased to 3/4", which is a more expensive meter.

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 208.  R&R Water supply line - PVC with fitting and hanger, 2" | 150.00  LF @ | 17.37 = | 2,605.50 |
| New water supply to accommodate sprinkler system. | | | |
| 209.  R&R Booster pump - 10 hp | 1.00  EA @ | 3,003.65 = | 3,003.65 |
| 210.  R&R Water supply line - booster pump | 1.00  EA @ | 890.29 = | 890.29 |
| 211.  Add on cost for corrosion resistant pipe | 13,476.00  SF @ | 0.76 = | 10,241.76 |
| 212.  Flow meter - water - 6" | 1.00  EA @ | 3,562.13 = | 3,562.13 |
| 213.  R&R Alarm and valve riser, 4" | 1.00  EA @ | 3,421.67 = | 3,421.67 |
| 214.  R&R Backflow preventer, 2 1/2" | 1.00  EA @ | 3,443.64 = | 3,443.64 |
| 215.  Freeze-proof system - additional charge | 13,476.00  SF @ | 0.54 = | 7,277.04 |
| 216.  R&R Flow control valve | 1.00  EA @ | 4,566.62 = | 4,566.62 |
| 217.  R&R Backflow preventer, 4" | 1.00  EA @ | 4,384.51 = | 4,384.51 |

**Foundation / Building Pad**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 218.  Building foundation excavation | 1,273.11  CY @ | 8.77 = | 11,165.17 |
| 219.  Moisture protection for crawl space - visqueen - 10 mil | 17,187.00  SF @ | 0.41 = | 7,046.67 |
| 220.  Bedding sand | 636.56  CY @ | 31.87 = | 20,287.17 |
| 221.  Concrete pump truck (per hour) | 40.00  HR @ | 253.23 = | 10,129.20 |
| 222.  Column - 6" pipe w/base pl./top bkt. | 187.50  LF @ | 50.41 = | 9,451.88 |
| 223.  Steel girder for a floor system (60G10N24K) | 300.00  LF @ | 97.52 = | 29,256.00 |
| 224.  Backhoe loader and operator | 40.00  HR @ | 104.06 = | 4,162.40 |
| 225.  Front end wheel loader and operator | 40.00  HR @ | 121.79 = | 4,871.60 |
| 226.  Rental equipment delivery / mobilization (Bid item) | 4.00  EA @ | 245.29 = | 981.16 |
| 227.  Dump truck and operator - 10 ton | 40.00  HR @ | 111.42 = | 4,456.80 |
| 228.  Gravel under slab - in place | 210.06  CY @ | 43.78 = | 9,196.43 |
| 229.  Backfill by hand - No compaction | 65.19  CY @ | 27.17 = | 1,771.21 |
| 230.  Concrete anchor bolt - 5/8" x 12" | 110.00  EA @ | 8.39 = | 922.90 |
| 231.  Concrete - General Laborer - per hour | 80.00  HR @ | 48.80 = | 3,904.00 |
| Hand trenching and backfilling where machine can't reach | | | |



**NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

## General Conditions

**General Conditions**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| **Permits & Fees:** | | | |
| 232. Building Permits | 1,269,819.00 EA @ | 0.01 = | 12,698.19 |
| % of Job Costs for Permit & Fees | | | |
| 233. Plan Check and Submittal Fees | 1.00 EA @ | 2,850.00 = | 2,850.00 |
| 234. Insurance course of construction | 2,539,638.00 EA @ | 0.01 = | 25,396.38 |
| % of Job Costs for Course of Construction Insurance | | | |
| **Architectural & Engineering:** | | | |
| 235. Architectural/Drafting fees | 2,539,638.00 EA @ | 0.02 = | 50,792.76 |
| 236. Structural Engineering fees | 2,539,638.00 EA @ | 0.01 = | 25,396.38 |
| 237. QAA - Private Inspections required to comply with building code | 4.00 EA @ | 2,200.00 = | 8,800.00 |
| 238. Temporary fencing | 5,400.00 LF @ | 0.94 = | 5,076.00 |
| 239. Generator - 10-30KW (per week - 8 hour) - no monitoring | 25.98 WK @ | 511.81 = | 13,296.82 |
| 240. Padlock and hasp | 2.00 EA @ | 38.26 = | 76.52 |
| 241. Temporary toilet (per month) | 9.00 MO @ | 135.13 = | 1,216.17 |
| 242. Temporary water - usage - per month | 9.00 MO @ | 56.00 = | 504.00 |
| 243. Temporary power usage (per month) | 9.00 MO @ | 238.28 = | 2,144.52 |
| 244. Job-site cargo/storage container - 20' long - per month | 9.00 MO @ | 87.83 = | 790.47 |
| 245. Temporary construction office - portable (trailer) | 9.00 MO @ | 279.08 = | 2,511.72 |
| 246. Rental equipment delivery / mobilization (Bid item) | 2.00 EA @ | 1,077.75 = | 2,155.50 |
| 247. Dust Control Permit | 1.00 EA @ | 346.30 = | 346.30 |
| 248. Dust control barrier per square foot | 5,400.00 SF @ | 0.74 = | 3,996.00 |
| 249. Erosion control - wattle | 600.00 LF @ | 4.67 = | 2,802.00 |
| 250. Residential Supervision / Project Management - per hour | 1,558.80 HR @ | 64.30 = | 100,230.84 |
| On Site Project Superintendent | | | |
| 251. Commercial Supervision / Project Management - per hour | 779.40 HR @ | 69.94 = | 54,511.24 |
| Project Manager | | | |
| 252. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 9.00 EA @ | 410.00 = | 3,690.00 |
| 253. Daily Job Site Clean Up Laborer & Runner - per hour | 389.70 HR @ | 48.12 = | 18,752.36 |
| 254. Final cleaning - construction - Commercial | 13,476.00 SF @ | 0.22 = | 2,964.72 |
| 255. Electrical Design & Engeering | 1.00 EA @ | 2,597.18 = | 2,597.18 |
| 256. Plumbing Design & Engineering | 1.00 EA @ | 2,597.18 = | 2,597.18 |
| 257. HVAC Design & Engineering | 1.00 EA @ | 2,597.18 = | 2,597.18 |
| 258. Utility conection charges - Electrical | 1.00 EA @ | 1,038.88 = | 1,038.88 |

All Demolition & Debris Removal is Assumed to be "By Others" and is not included in this Scope of Work.



**NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

**CONTINUED - General Conditions**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|

Supervision is required by the CSLB license requirements that the Qualified licensee or a manager inspect every job site each day until complete. Supervision is not covered in Xactimate's O&P according to Xactimate's white pages. .

*"Cal. Admin. Code tit. 16, § 823(a). "Direct supervision and control" "includes any one or any combination of the following activities: supervising construction, managing construction activities by making technical and administrative decisions, checking jobs for proper workmanship, or direct supervision on construction job sites.*
Section 7068 requires every license to have a qualifier, which may be a Sole Owner, Qualified Partner, Responsible Managing Officer (RMO), Responsible Managing Employee (RME), Responsible Managing Manager or Responsible Managing Member. The qualifier is the person who is listed in the Contractor State License Boards' (CSLB) personnel of record, has demonstrated his/her knowledge and experience though the CSLB's licensing process, and holds one or more license classifications.
UPDATE: CSLB, CSLB to Get Tough on RMO Abuses (Summer 2014) Starting on January 1, 2014, amended Section 7068.1 of California's Contractors State License Law, Bus. & Prof. Code §§ 7200 *et seq.*, requires licensees' qualifiers to exercise direct supervision and control over the licensees' operations to ensure compliance with California's Contractors State License Law. The amended law contemplates active involvement by the qualifier, and makes a violation of Section 7068.1 grounds for disciplinary action and a misdemeanor punishable by imprisonment in a county jail and/or a fine.

**PPE Equipment**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 259.  Add for personal protective equipment (hazardous cleanup) | 779.40 EA @ | 13.42 = | 10,459.55 |

Includes: One change per man per day. Disposable gloves, and mask.
Quality: Heavy duty (extra tear resistant) Heavy duty puncture resistant vinyl, latex, or nitrile G40 gloves.  N-95 NIOSH approved paper mask.
Note: Users may need to verify local/state mandated PPE requirements to determine if the assumptions in this item are sufficient for their scenario.

| | | | |
|---|---|---|---|
| 260.  PPE Supervisory/Admin- per hour | 194.85 HR @ | 125.06 = | 24,367.94 |

Supervisor to check in each worker, take temp and log, at beginning of day and after lunch.

| | | | |
|---|---|---|---|
| 261.  Temporary safety Handwash Station | 9.00 EA @ | 90.61 = | 815.49 |



**NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

**CONTINUED - PPE Equipment**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|

COVID-19 Compliance Items

The following guidelines are based on Interim CDC's Guidance for Businesses and Employers to Plan and Respond to Coronavirus Disease 2019 (COVID-19), OSHA's Guidance on Preparing Workplaces for COVID-19, and other publications.

Construction industry employers shall develop a comprehensive COVID-19 exposure control plan, which includes control measures such as social distancing; symptom checking; hygiene; decontamination procedures, and training. An exposure control plan and the following practices must be followed to prevent any on-site worker from contracting COVID-19, as many people with COVID-19 are asymptomatic and can potentially spread disease. Failure to comply with this guidance shall be deemed as creating unsafe conditions and may result in withheld inspections or shutting down the construction site until corrected.

1.   Practice social distancing by maintaining a minimum 6-foot distance from others.
2.   Preclude gatherings of any size, and anytime two or more people must meet, ensure minimum 6-foot separation.
3.      Provide personal protective equipment (PPE) such as gloves, goggles, face shields and face masks as appropriate      for the activity being performed.
4.      The owner/contractor shall designate a site specific COVID-19 Supervisor to enforce this guidance. A designated COVID-19 Supervisor shall be present on the construction site at all times during construction activities. The      COVID19 Supervisor can be an on-site worker who is designated to carry this role.
5.      Identify "choke points" and "high-risk areas" where workers are forced to stand together, such as hallways, hoists      and elevators, break areas, and buses, and control them so social distancing is maintained.
6.   Minimize interactions when picking up or delivering equipment or materials, ensure minimum 6-foot separation.
7.   Stagger the trades as necessary to reduce density and maintain minimum 6-foot separation social distancing.
8.      Discourage workers from using other workers' phones, desks, offices, work tools and equipment. If necessary, clean and disinfect them before and after use.
9.      Post, in areas visible to all worker, required hygienic practices including not touching face with unwashed hands      or with gloves; washing hands often with soap and water for at least 20 seconds; use of hand sanitizer with at      least 60% alcohol, cleaning AND disinfecting frequently touched objects and surfaces such as workstations,      keyboards, telephones, handrails, machines, shared tools, elevator control buttons, and doorknobs; covering      the mouth and nose when coughing or sneezing as well as other hygienic recommendations by the CDC.
10.  Place wash stations or hand sanitizers in multiple locations to encourage hand hygiene.
11.  Require anyone on the project to stay home if they are sick, except to get medical care.
12.  Have employees inform their supervisor if they have a sick family member at home with COVID-19.
13.  Maintain a daily attendance log of all workers and visitors.

 **NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 47,333.26 | SF Walls | 26,318.47 | SF Ceiling | 73,651.72 | SF Walls and Ceiling |
| 26,457.95 | SF Floor | 2,939.77 | SY Flooring | 4,101.15 | LF Floor Perimeter |
| 500.00 | SF Long Wall | 80.00 | SF Short Wall | 4,177.64 | LF Ceil. Perimeter |
| | | | | | |
| 16,457.95 | Floor Area | 17,187.40 | Total Area | 43,554.33 | Interior Wall Area |
| 15,329.87 | Exterior Wall Area | 799.50 | Exterior Perimeter of Walls | | |
| | | | | | |
| 16,882.32 | Surface Area | 168.82 | Number of Squares | 553.55 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

 **NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

## Summary

| | |
|---|---:|
| Line Item Total | 2,391,717.19 |
| Material Sales Tax | 66,893.45 |
| Storage Tax | 66.20 |
| Subtotal | 2,458,676.84 |
| Overhead | 245,867.95 |
| Profit | 270,454.69 |
| **Replacement Cost Value** | **$2,974,999.48** |
| **Net Claim** | **$2,974,999.48** |

James Baschnagel

 **NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

## Recap by Room

**Estimate: 1022_S_MAIN_ST**

| | | |
|---|---:|---:|
| **Area: Level 1** | 423,238.34 | 17.70% |
| Entry | 9,285.39 | 0.39% |
| Elevator | 74,960.07 | 3.13% |
| **Area Subtotal:  Level 1** | 507,483.80 | 21.22% |
| **Area: Level 2** | 71,888.76 | 3.01% |
| Mezzanine Dining | 2,725.20 | 0.11% |
| Mezzanine Lounge | 5,463.18 | 0.23% |
| **Area Subtotal:  Level 2** | 80,077.14 | 3.35% |
| **Area: Roof** | 179,796.57 | 7.52% |
| Roof1 | 202,977.79 | 8.49% |
| **Area Subtotal:  Roof** | 382,774.36 | 16.00% |
| Front Elevation | 31,202.51 | 1.30% |
| Rear Elevation | 31,202.51 | 1.30% |
| Right Elevation | 45,665.76 | 1.91% |
| Left Elevation | 45,665.76 | 1.91% |
| Heat, Vent, & Cool Trades | 229,898.08 | 9.61% |
| Plumbing Trades | 127,211.55 | 5.32% |
| Electrical Trades | 269,866.79 | 11.28% |
| Fire Supression System | 137,594.05 | 5.75% |
| Foundation / Building Pad | 117,602.59 | 4.92% |
| **Area: General Conditions** | 349,829.31 | 14.63% |
| PPE Equipment | 35,642.98 | 1.49% |
| **Area Subtotal:  General Conditions** | 385,472.29 | 16.12% |
| **Subtotal of Areas** | 2,391,717.19 | 100.00% |
| **Total** | 2,391,717.19 | 100.00% |

 **NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| CLEANING | 2,964.72 | 0.10% |
| CONCRETE & ASPHALT | 153,959.35 | 5.18% |
| CONTENT MANIPULATION | 790.47 | 0.03% |
| GENERAL DEMOLITION | 232,673.97 | 7.82% |
| DOORS | 1,869.66 | 0.06% |
| ELECTRICAL | 267,644.26 | 9.00% |
| ELECTRICAL - SPECIAL SYSTEMS | 2,447.29 | 0.08% |
| MISC. EQUIPMENT - COMMERCIAL | 66,995.42 | 2.25% |
| HEAVY EQUIPMENT | 32,011.94 | 1.08% |
| EXCAVATION | 45,221.98 | 1.52% |
| PERMITS AND FEES | 175,538.43 | 5.90% |
| FINISH HARDWARE | 1,478.16 | 0.05% |
| FIRE PROTECTION SYSTEMS | 85,777.05 | 2.88% |
| FRAMING & ROUGH CARPENTRY | 220,346.03 | 7.41% |
| GLASS, GLAZING, & STOREFRONTS | 12,857.32 | 0.43% |
| HAZARDOUS MATERIAL REMEDIATION | 35,642.98 | 1.20% |
| HEAT,  VENT & AIR CONDITIONING | 226,842.08 | 7.62% |
| INSULATION - MECHANICAL | 3,012.00 | 0.10% |
| INSULATION | 417.69 | 0.01% |
| LABOR ONLY | 173,494.44 | 5.83% |
| LIGHT FIXTURES | 4,394.08 | 0.15% |
| MASONRY | 108,796.83 | 3.66% |
| MOISTURE PROTECTION | 9,711.82 | 0.33% |
| PLUMBING | 136,301.08 | 4.58% |
| PAINTING | 19,161.33 | 0.64% |
| ROOFING | 173,093.90 | 5.82% |
| SCAFFOLDING | 6,445.70 | 0.22% |
| SIDING | 3,200.00 | 0.11% |
| SOFFIT, FASCIA, & GUTTER | 4,396.40 | 0.15% |
| STEEL COMPONENTS | 38,707.88 | 1.30% |
| STUCCO & EXTERIOR PLASTER | 115,720.00 | 3.89% |
| TEMPORARY REPAIRS | 25,132.35 | 0.84% |
| WINDOWS - SKYLIGHTS | 4,670.58 | 0.16% |
| **O&P Items Subtotal** | **2,391,717.19** | **80.39%** |
| Material Sales Tax | 66,893.45 | 2.25% |
| Storage Tax | 66.20 | 0.00% |
| Overhead | 245,867.95 | 8.26% |
| Profit | 270,454.69 | 9.09% |
| **Total** | **2,974,999.48** | **100.00%** |



**NVL Design & Construction Consulting**

International Construction Consulting
GC Lic # B2-46032









100% CONSTRUCTION DOCUMENTS

for

# TREE HOUSE

APN #139-33-811-008 , 139-33-811-009
1022 SOUTH MAIN STREET
LAS VEGAS, NEVADA 89101

1        1-Cover Photo





Level 1





**Roof1**



N

Roof