ROBERT J. WALSH, ESQ.
Nevada Bar No. 003836
**WALSH & FRIEDMAN, LTD.**
400 South Maryland Parkway
Las Vegas, Nevada 89101
(702) 474-4660
(702) 474-4664 (Fax)
rwalsh@walshandfriedman.com

ERIKA PIKE-TURNER, ESQ.
Nevada Bar No.: 006454
**GARMAN TURNER GORDON**
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000
(725) 777-3112 (Fax)
eturner@gtg.legal

*Attorneys for Plaintiffs*
*Edward Homes, Inc. and*
*Arts District Holdings, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD HOMES, INC., a Nevada corporation; and ARTS DISTRICT HOLDINGS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA; DOES I-X, inclusive and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00725-RFB-EJY<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

COMES NOW Plaintiffs, EDWARD HOMES, INC. and ARTS DISTRICT HOLDINGS, LLC, by and through their attorneys, ROBERT J. WALSH, ESQ. of WALSH & FRIEDMAN, LTD. and ERIKA PIKE TURNER, ESQ. of GARMAN TURNER GORDON, and Defendant, NATIONWIDE INSURANCE COMPANY OF AMERICA, by and though its counsel of record,

1  CHRISTINE M. EMANUELSON, ESQ. of HINES HAMPTON PELANDA, LLP, and hereby
2  stipulate, as follows:
3  **THE PARTIES HEREBY STIPULATE** that the Plaintiffs may amend their complaint to
4  reflect Scottsdale Insurance Company, an Ohio insurance company, as the correct party Defendant in
5  
6  this action in place of Nationwide Insurance Company of America.
7  **THE PARTIES FURTHER STIPULATE** that Plaintiffs are to file their Amended
8  Complaint reflecting the change in the named Defendant within ten (10) days of Notice of Entry of
9  this Order.

Date: 5/18/22                                    Date: 5/18/22

**WALSH & FRIEDMAN, LTD.**              **HINES HAMPTON PELANDA, LLP**

By: /s/ Robert J. Walsh                 By: /s/ Christine M. Emanuelson
   **ROBERT J. WALSH, ESQ.**               **CHRISTINE M. EMANUELSON, ESQ.**
   State Bar No. 003836                    State Bar No. 011637
   400 South Maryland Parkway              711 South 9th Street
   Las Vegas, Nevada 89101                 Las Vegas, Nevada 89101
   *Attorneys for Plaintiffs*              *Attorneys for Defendant*

### ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES**, through their respective counsel, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that Plaintiffs shall amend their Complaint to reflect Scottsdale Insurance Company as the correct party Defendant in this action in place of Nationwide Insurance Company of America.

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs are to file their Amended Complaint within ten (10) days of entry of this Order.

DATED this 19th day of May, 2022.

*[signature]*
_____
**UNITED STATES MAGISTRATE JUDGE**