WALSH & FRIEDMAN, LTD.
ROBERT J. WALSH
Nevada Bar No. 3836
Email: rwalsh@walshandfriedman.com
400 S. Maryland Parkway
Las Vegas, Nevada 89101
Tel: (702) 474-4660
Fax: (702) 474-4664

*Attorney for Plaintiffs*

GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
JARED M. SECHRIST
Nevada Bar No. 10439
Email: eturner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

*Attorneys for Plaintiff Edward Homes, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD HOMES, INC., a Nevada corporation; and ARTS DISTRICT HOLDINGS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio insurance company; DOE INDIVIDUALS I-X, inclusive; and ROE ENTITIES I-X, inclusive,<br><br>Defendant. | CASE NO.: 2:22-cv-00725-RFB-EJY<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiffs EDWARD HOMES, INC. ("EHI"), through its counsel Garman Turner Gordon LLP, and ARTS DISTRICT HOLDINGS, LLC ("Arts District" together with EHI the "Plaintiffs"), through its counsel, Walsh & Friedman Ltd., and Scottsdale Insurance Company ("Scottsdale"), through its counsel Hines Hampton Pelanda, LLP, hereby stipulate, as follows:

     1.    Plaintiffs filed the Second Amended Complaint on May 24, 2022.

2. In the Second Amended Complaint ("SAC") [ECF No. 10], Plaintiffs asserted their Third Cause of Action (Violation of NRS 686A.310). SAC ¶¶ 35-49. In paragraphs 41-49, however, Plaintiffs incorrectly and inadvertently referenced NRS 683A.310, which does not exist.

3. Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs and Scottsdale hereby stipulate and agree that Plaintiffs may file their Third Amended Complaint in the form attached hereto as Exhibit 1 to change the references to NRS 683A.310 found in the SAC (ECF No. 10) to references to NRS 686A.310.

4. The Plaintiffs are to file their Third Amended Complaint (in the form attached as Exhibit 1) within 10 days from entry of an Order on this stipulation.

…

IT IS SO STIPULATED.

Dated this 7th day of November 2022.

WALSH & FRIEDMAN, LTD.

 /s/ Robert J. Walsh
ROBERT J. WALSH
Nevada Bar No. 3836
400 S. Maryland Parkway
Las Vegas, Nevada 89101

*Attorney for Plaintiffs*

Dated this 7th day of November 2022.

HINES HAMPTON PELANDA, LLP

 /s/ Christine M. Emanuelson
ANGELA LIZADA
Nevada Bar No. 11637
CHRISTINE M. EMANUELSON
Nevada Bar No. 10143
711 South 9th Street
Las Vegas, Nevada 89101

*Attorneys for Defendant, Scottsdale Insurance Company*

Dated this 7th day of November 2022.

GARMAN TURNER GORDON LLP

 /s/ Erika Pike Turner
ERIKA PIKE TURNER
Nevada Bar No. 6454
JARED M. SECHRIST
Nevada Bar No. 10439
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for Plaintiff, Edward Homes, Inc.*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 7, 2022