ANGELA LIZADA (SBN 1163)
alizada@lawhhp.com
CHRISTINE M. EMANUELSON (SBN 10143)
cemanuelson@lawhhp.com
**HINES HAMPTON PELANDA LLP**
711 South 9th Street
Las Vegas, Nevada 89101
Tel.:  (702) 933-7829
Fax:   (702) 947-1709

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD HOMES, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No.:  2:22-CV-00725-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSE DEADLINE TO PLAINTIFF'S MOTION TO COMPEL** |

1. On December 22, 2022, Plaintiffs filed a motion to compel production of documents against Defendant.  [See ECF Doc. 39.]

2. The default deadline for Plaintiff to file a response to that motion is January 5, 2023, pursuant to Local Rule 7-2(b).

3. However, Defendant's counsel has advised that she will be out of the office from December 22, 2022 through January 2, 2023, with her family for the holidays.

4.   In light of the unavailability of Defendant's counsel, counsel for the parties hereby stipulate, agree, and request that the Court reschedule the deadline for Defendant to file any response to Plaintiff's motion [Doc. 39] from January 5, 2023 to January 19, 2023.

DATED this 23rd day of December, 2022

**GARMAN TURNER GORDON LLP**

By: */s/ Erika Pike Turner*
Erika Pike Turner, Esq.
Nevada Bar No. 6454
7251 Amigo Street, Suite 210
Las Vegas, NV  89119
Tel: (702) 605-1099

*Attorneys for Plaintiff*
*Edward Homes, Inc.*

DATED this 23rd day of December, 2022

**HINES HAMPTON PELANDA LLP**

By: */s/ Christine Emanuelson*
Angela Lizada, Esq. (#11637)
Christine M. Emanuelson, Esq. (#10143)
711 South 9th Street
Las Vegas, NV 89101
cemanuelson@lawhhp.com

*Attorneys for Defendant Scottsdale Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   December 23, 2022

2
STIPULATION AND [PROPOSED] ORDER