1  Nicole M. Hampton
   Nevada Bar No. 16090
2  nhampton@lawhhp.com
   Christine M. Emanuelson, Esq.
3  Nevada Bar No. 10143
   cemanuelson@lawhhp.com
4  Sara M. Rynerson
   *Pro Hac Vice*, California Bar No. 328507
5  srynserson@lawhhp.com
6  **HINES HAMPTON PELANDA, LLP**
   400 South 4th Street, Suite 500
7  Las Vegas, NV 89101
   Tel.: (702) 933-7829
8  Fax: (702) 947-6757

9  Attorneys for Defendant
   SCOTTSDALE INSURANCE COMPANY

10

11              **UNITED STATES DISTRICT COURT**

12                **DISTRICT OF NEVADA**

13  EDWARD HOMES, INC., a Nevada          CASE NO.:  2:22-CV-00725-RFB-EJY
    corporation; and ARTS DISTRICT
14  HOLDINGS, LLC, a Nevada limited
    liability company,                    **STIPULATION AND ORDER FOR**
15                                         **EACH SIDE TO TAKE TWO**
                  Plaintiff,              **ADDITIONAL DEPOSITIONS AND TO**
16                                         **EXTEND DISCOVERY PLAN AND**
    v                                      **SCHEDULING ORDER**
17
    SCOTTSDALE INSURANCE                   **(SEVENTH REQUEST)**
18  COMPANY, an Ohio insurance
    company; DOE INDIVIDUALS I-X,
19  inclusive,; and ROE ENTITIES I-X,
    inclusive,
20
                  Defendants.
21

22          Pursuant to Fed. R. Civ. P. ("Rule") 6(b), Rule 30, and Local Rule 26-3, Plaintiffs

23  EDWARD HOMES, INC. ("EHI"), through its counsel Garman Turner Gordon LLP, and

24  ARTS DISTRICT HOLDINGS, LLC ("Arts District" together with EHI the "Plaintiffs"),

25  through its counsel, Walsh & Friedman Ltd., and Scottsdale Insurance Company

26  ("Scottsdale"), through its counsel Hines Hampton Pelanda, LLP, submit their Stipulation

27  to Allow Each Side to Take Two Additional Depositions and for Order to Continue

28  Discovery Plan and Scheduling Order Deadlines.

                              1

**A.    STIPULATION TO ALLOW ADDITIONAL DEPOSITIONS:**

1.    To date, Plaintiffs have taken a total of nine (9) fact witness depositions.

2.    To date, Scottsdale has taken a total of seven (7) fact witness depositions.

3.    On September 13, 2023, Plaintiffs disclosed four (4) retained experts expected to offer opinion testimony in this matter.  On December 18, 2023, Plaintiffs disclosed an additional rebuttal expert, for a total of five (5) retained experts on Plaintiffs' side.

4.    On September 13, 2023, Scottsdale disclosed two (2) retained experts expected to offer opinion testimony in this matter.  On December 18, 2023, Scottsdale disclosed an additional rebuttal expert, for a total of three (3) retained experts on Scottsdale's side.

5.    So as to allow the Parties the opportunity to depose each side's experts, the Parties stipulate and agree that both Plaintiffs and Scottsdale may take an additional two depositions each for a total of twelve (12) depositions for Plaintiffs and twelve (12) depositions for Scottsdale for the purpose of completing expert depositions.

**B.    STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER:**

1.    On July 1, 2022, the parties submitted a Stipulated Discovery Plan and Scheduling Order (Submitted in Compliance with Local Rule 26-1(b)). [ECF No. 16].

2.    On July 1, 2022, this Court entered an Order on Discovery Plan and Scheduling Order ("Scheduling Order") [ECF No. 17].  In the Order, the Court established the following discovery plan and scheduling order deadlines:

> (1) Initial Disclosures: shall be exchanged on or before July 14, 2022

> (2) Discovery Completion: February 28, 2023

> (3) Deadline to Amend Pleadings or Add Parties: November 30, 2022

> (4) Rule 26(a)(2) Initial Expert Disclosure Deadline: December

30, 2022

    (5) Rule 26(a)(2)(D) Rebuttal Expert Disclosure Deadline:

    February 1, 2023

    (6) Dispositive Motions Deadline: March 28, 2023

    (7) Deadline to File Joint Pretrial Order: April 27, 2023, unless

        dispositive motions are filed, in which case the deadline to

        file the joint pretrial order is 30 days after a decision on the

        dispositive motions or on further order of the court.

    3.    On November 15, 2022, the Parties conferred through counsel and mutually determined that it would be in the best interests of the Parties to continue all unexpired deadlines established by the Scheduling Order by ninety (90) days.  On November 17, 2022, the Court granted the Parties' Stipulation and Order to Extend Discovery Plan and Scheduling Order (First Request) [ECF No. 34].

    4.    On February 20, 2023, the Parties conferred through counsel and mutually determined that it would be in the best interests of the Parties to continue all unexpired deadlines established by the 11/17/22 Order by an additional sixty (60) days.  On February 23, 2023, the granted the Parties' Stipulation and Order to Extend Discovery Plan and Scheduling Order (Second Request) [ECF No. 48].

    5.    On April 12, 2023, the Parties conferred through counsel and mutually determined that it would be in the best interests of the Parties to continue all unexpired deadlines established by the 02/23/23 Order by an additional thirty (30) days.  On April 17, 2023, the granted the Parties' Stipulation and Order to Extend Discovery Plan and Scheduling Order (Third Request) [ECF No. 50].

    6.    On May 30, 2023, the Parties conferred through counsel and mutually determined that it would be in the best interests of the Parties to continue all unexpired deadlines established by the 04/17/23 Order by an additional forty-five (45) days. On June 1, 2023, the granted the Parties' Stipulation and Order to Extend Discovery Plan and Scheduling Order (Fourth Request) [ECF No. 57].

7.      On August 9, 2023, the Parties conferred through counsel and mutually determined that it would be in the best interests of the Parties to continue all unexpired deadlines established by the 06/01/23 Order by an additional thirty (30) days.  On August 9, 2023, the Court granted the Parties' Stipulation and Order to Extend Discovery Plan and Scheduling Order (Fifth Request) [ECF No. 61].

8.      On October 2, 2023, the Parties conferred through counsel and mutually determined that it would be in the best interests of the Parties to continue all unexpired deadlines established by the 8/9/23 Order by an additional approximately sixty (60) days. On October 2, 2023, the Court granted the Parties' Stipulation and Order to Extend Discovery Plan and Scheduling Order (Sixth Request) [ECF No. 65].  In the 10/2/23 Order, the Court entered the following discovery plan and scheduling order deadlines:

      (1) Rule 26(a)(2)(D) Rebuttal Expert Disclosure Deadline:

           December 18, 2023

      (2) Discovery Completion: January 17, 2024

      (3) Deadline to File Dispositive Motions: February 16, 2024

      (4) Deadline to File Joint Pretrial Order: March 18, 2024, unless

           dispositive motions are filed, in which case the deadline to

           file the joint pretrial order is 30 days after a decision on the

           dispositive motions or on further order of the court.

9.      The purpose of these prior extensions was to give the parties additional time needed to work through discovery issues and complete depositions.

10.     The parties have diligently pursued discovery and continue to do so.

11.     Good cause exists for this extension for the reasons stated in Part C below.

**A.      Discovery Completed to Date:**

1. <u>Disclosures</u>

      a.  Plaintiffs served their FRCP 26(a)(1) Initial Disclosures on July 14, 2022.

      b.  Plaintiffs served their First Supplement to Initial Disclosures and

identified documents on August 29, 2022.

c. Plaintiffs served their Second Supplement to Initial Disclosures and identified documents on August 30, 2022.

d. Plaintiffs served their Third Supplement to Initial Disclosures and identified documents on October 6, 2022.

e. Plaintiffs served their Fourth Supplement to Initial Disclosures and identified documents on October 13, 2022.

f. Plaintiffs served their Fifth Supplement to Initial Disclosures and identified documents on November 18, 2022.

g. Plaintiffs served their Sixth Supplement to Initial Disclosures and identified documents on December 20, 2022.

h. Plaintiffs served their Seventh Supplement to Initial Disclosures and identified documents on December 22, 2022.

i. Plaintiffs served their Eighth Supplement to Initial Disclosures and identified documents on January 30, 2023.

j. Plaintiffs served their Ninth Supplement to Initial Disclosures and identified documents on March 21, 2023.

k. Plaintiffs served their Tenth Supplement to Initial Disclosures and identified documents on April 17, 2023.

l. Plaintiffs served their Eleventh Supplement to Initial Disclosures and identified documents on May 4, 2023.

m. Plaintiffs served their Twelfth Supplement to Initial Disclosures and identified documents on June 22, 2023.

n. Plaintiffs served their Thirteenth Supplement to Initial Disclosures and identified documents on September 13, 2023.

o. Plaintiffs served their Fourteenth Supplement to Initial Disclosures and identified documents on October 25, 2023.

p. Plaintiffs served their Fifteenth Supplement to Initial Disclosures and

identified documents on November 13, 2023.

    q.  Defendant served its Initial Disclosures Pursuant to FRCP 26(a)(1) on July 14, 2022.

    r.  Defendant served its First Supplement to Initial Disclosures and identified documents on October 7, 2022.

    s.  Defendant served its Second Supplement to Initial Disclosures and identified documents on January 27, 2023.

2.  <u>Written Discovery</u>

    a.  Plaintiff EHI served its First Set of Requests for Production of Documents, First Set of Interrogatories and First Set of Requests for Admissions on Defendant on July 1, 2022.

    b.  Plaintiff EHI served its responses to Defendant's First Set of Requests for Admissions on November 18, 2022.

    c.  Plaintiff EHI served its responses to Defendant's First Set of Requests for Production of Documents on November 18, 2022.

    d.  Plaintiff Arts District served its responses to Defendant's First Set of Requests for Production of Documents on November 18, 2022.

    e.  Plaintiff EHI served its responses to Defendant's First Set of Requests Interrogatories on November 18, 2022.

    f.  Plaintiff Arts District served its responses to Defendant's First Set of Requests Interrogatories on November 18, 2022.

    g.  Defendant served its responses to Plaintiff EHI's July 1, 2022, discovery requests on August 18, 2022.

    h.  Defendant served its First Set of Requests for Production of Documents, First Set of Interrogatories and First Set of Requests for Admissions on Plaintiff EHI on October 10, 2022.

    i.  Defendant served its First Set of Requests for Production of Documents and First Set of Interrogatories on Plaintiff Arts District on October 10,

2022.

    j.  Defendant served its Second Set of Requests for Production of Documents on Plaintiff EHI on December 13, 2023.

3. <u>Subpoenas</u>

    a.  Defendant served a subpoena to produce documents on Leavitt Insurance Agency on August 29, 2022.

    b.  Plaintiffs served a subpoena to produce documents on Burns & Wilcox, Ltd. on August 31, 2022.

    c.  Burns & Wilcox, Ltd. produced documents in response to subpoena on October 13, 2022.

    d.  Plaintiffs served a subpoena to produce documents on US-Reports, Inc. d/b/a AFIRM on November 17, 2022.

    e.  Plaintiffs served a subpoena to produce documents on Vegas Construction Services L.L.C. on November 22, 2022.

    f.  Plaintiffs served a subpoena to produce documents on Young & Associates, Inc. on November 22, 2022.

    g.  Plaintiffs served a subpoena to produce documents on Nationwide Mutual Insurance Company on December 6, 2022.

    h.  US-Reports, Inc. d/b/a AFIRM produced documents in response to subpoena on December 20, 2022.

    i.  Nationwide Mutual Insurance Company produced documents in response to subpoena on January 5, 2023.

    j.  Defendant served a subpoena to produce documents on Las Vegas Metropolitan Police Department on February 8, 2023.

    k.  Defendant served a subpoena to produce documents on The Greenspan Company on March 15, 2023.

    l.  Las Vegas Metropolitan Police Department produced documents in response to subpoena on March 23, 2023.

m. Defendant served a subpoena to produce documents on James Charles Baschnagel dba NVL Outdoor Design & Construction on March 28, 2023.

n. Defendant served a subpoena to produce documents on City of Las Vegas, Department of Building and Safety on March 29, 2023.

4. <u>Depositions</u>

a. Plaintiffs' deposition of Scott Hoffman was conducted on November 16, 2022.

b. Plaintiffs' deposition of Sam Bakke was conducted on February 22, 2023.

c. Plaintiffs' deposition of Steve Heston FRCP 30(b)(6) witness for US-Reports, Inc. d/b/a AFIRM was conducted on February 22, 2023.

d. Plaintiffs' deposition of Amber Carver, individually and as FRCP 30(B)(6) Witness for Burns & Wilcox, Ltd., was conducted on April 18, 2023.

e. Plaintiffs' deposition of Andrew Hill was conducted on April 20, 2023.

f. Plaintiffs' deposition of Kenneth Rofrano was conducted on April 24, 2023.

g. Plaintiffs' deposition of Scarlett Halverson was conducted on April 26, 2023.

h. Plaintiffs' deposition of Jennifer Vick was conducted on May 9, 2023.

i. Plaintiffs' deposition of FRCP 30(B)(6) Witness for Scottsdale Insurance Company (John Vick) was conducted on July 20, 2023.

j. Plaintiffs' deposition of FRCP 30(B)(6) Witness for Scottsdale Insurance Company (Alan Pike) was conducted on July 27, 2023.

k. Scottsdale's deposition of Plaintiff EHI's and Plaintiff Arts District's FRCP 30(b)(6) witness, Brock Metzka, was conducted on October 19, 2023.

l.   Scottsdale's deposition of Barbara Hughes was conducted on November 20, 2023.

m.  Scottsdale's deposition of Lee Jones was conducted on November 28, 2023.

n.   Scottsdale's deposition of Wayne Childs was conducted on November 29, 2023.

o.   Scottsdale's deposition of Rick Barry was conducted on December 8, 2023.

p.   Scottsdale's deposition of Matthew Goldstein, Rule 30(b)(6) designee for The Greenspan Company was conducted on December 19, 2023.

5.  Expert Disclosures

a.   Plaintiffs served their Designation of Expert Witnesses with accompanying reports on September 13, 2023.  In these disclosures, Plaintiffs identified the following experts:

(1) Retained experts:

1)  Michael L. Rosten, CPA/CFF, CFE, MAFF;

2)  Joseph J. Galanti, CFA, CFE;

3)  Elliot S. Flood; and

4)  Matthew Lubawy, MAI, CVA, CME.A

(2) Non-retained experts:

1)  Brock Metzka, principal of Plaintiff EHI; and

2)  Scott Hoffman, Leavitt Insurance Group.

b.   Defendant served its Initial Expert Witness Disclosures with accompanying reports on September 12, 2023.  In these disclosures, Defendant identified the following experts:

(1) Gary Selvin, Esq.; and

(2) David L. Suggs.

c.   Plaintiff served a Supplemental Expert Witness Designation on

December 4, 2023, de-designating Scott Hoffman, Leavitt Insurance Group, as a non-retained expert for Plaintiffs.

    d.  Plaintiff served their Rebuttal Designation of Expert Witnesses with accompanying reports on December 18, 2023. In these disclosures, Plaintiffs identified the following rebuttal expert:

        (1) John Valakas.

    e.  Scottsdale served their Rebuttal Expert Witness Disclosures with accompanying report on December 18, 2023. In these disclosures, Scottsdale identified the following experts:

        (1) Matthew Buxton.

**B.**    **Discovery that Remains to be Completed:**

The Parties anticipate further exchanges of written discovery, supplementation in compliance with FRCP 26, and expert depositions. Plaintiff intends to take the deposition of Scottsdale's three (3) retained experts and Scottsdale intends to take the depositions of Plaintiffs' five (5) retained experts.

**C.**    **The reasons why the deadline was not satisfied, or the remaining discovery was not completed within the time limits set by the discovery plan:**

Discovery deadlines remain pending. This case involves complex issues of insurance coverage, insurance bad faith and damages related to a fire loss on a builders risk policy with a $6,000,000.00 policy limit. The parties have engaged in lengthy meet-and-confer processes related to document production from each other and with respect to third party subpoenas, and depositions. Plaintiffs filed motions to compel related to a third-party subpoena and Defendant's assertion of privilege over identified documents. Plaintiffs also filed a motion for leave to take additional depositions, which informed the deposition schedule in this case.

The Parties have been actively engaged in scheduling and completing depositions, some of which have required and will require travel. The parties have reached an agreement to allow each side to complete depositions of each side's experts and given the

holidays, counsel's current schedule, and the experts' schedules, additional time is needed to coordinate and complete the expert depositions. The parties continue to work toward the completion of discovery in a diligent matter and only seek a continuance of the deadlines that have not expired.

**D.    A proposed schedule for completing all remaining discovery:**

The Parties hereby stipulate and agree to the following terms:

  a. All outstanding, unexpired discovery deadlines, including any obligations arising from Rule 26(f), will be continued by approximately 60 days;

  b. The deadline for Completion of Discovery will be continued by 30 days from January 17, 2024, to **March 15, 2024**;

  c. The deadline to file Dispositive Motions will be continued by 30 days from February 16, 2023, to **April 19, 2024**.

  d. The deadline to file Joint Pretrial Order will be continued by 30 days from March 18, 2024, to **May 17, 2024**, unless dispositive motions are filed, in which case the deadline to file the joint pretrial order is 30 days after a decision on the dispositive motions or on further order of the court.

For these reasons, the Parties jointly request that the Court enter an order giving effect to their agreement.

  **IT IS SO STIPULATED.**

Dated this  22nd  day of December 2023.  Dated this  22nd  day of December 2023.

**WALSH & FRIEDMAN, LTD.**  **HINES HAMPTON PELANDA, LLP**

 _/s/ Robert J. Walsh_    _/s/ Christine Emanuelson_
ROBERT J. WALSH     NICOLE M. HAMPTON
Nevada Bar No. 3836     Nevada Bar No. 16090
400 S. Maryland Parkway    CHRISTINE M. EMANUELSON
Las Vegas, Nevada 89101    Nevada Bar No. 10143
            400 South 4th Street, Suite 500
_Attorney for Plaintiff,_     Las Vegas, NV 89101
_Arts District Holdings, LLC_

            _Attorneys for Defendant, Scottsdale_
            _Insurance Company_

Dated this 22nd day of December 2023.

**GARMAN TURNER GORDON LLP**

__/s/ Jared M. Sechrist____
ERIKA PIKE TURNER
Nevada Bar No. 6454
JARED M. SECHRIST
Nevada Bar No. 10439
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for Plaintiff,*
*Edward Homes, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2023