Nicole M. Hampton
Nevada Bar No. 16090
nhampton@lawhhp.com
Christine M. Emanuelson, Esq.
Nevada Bar No. 10143
cemanuelson@lawhhp.com
Sara M. Rynerson
*Pro Hac Vice*, California Bar No. 328507
srynserson@lawhhp.com
**HINES HAMPTON PELANDA, LLP**
400 South 4th Street, Suite 500
Las Vegas, NV 89101
Tel.: (702) 933-7829
Fax: (702) 947-6757

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD HOMES, INC., a Nevada corporation; and ARTS DISTRICT HOLDINGS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio insurance company; DOE INDIVIDUALS I-X, inclusive; and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-CV-00725-RFB-EJY<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR THE PARTIES TO FILE A PROPOSED JOINT PRETRIAL ORDER** |

Plaintiffs EDWARD HOMES, INC. ("EHI"), through its counsel Garman Turner Gordon LLP, and ARTS DISTRICT HOLDINGS, LLC ("Arts District" together with EHI the "Plaintiffs"), through its counsel, Walsh & Friedman Ltd., and Scottsdale Insurance Company ("Scottsdale"), through its counsel Hines Hampton Pelanda, LLP, jointly move the Court to extent the deadline for the parties to file a proposed joint pretrial order sixty (60) days to July 8, 2025. Good cause exists to extend the deadline to file a proposed joint pretrial order as follows:

1

A.      **Brief Statement of Facts.**

1.      On March 31, 2025, the Court issued its Order on Scottsdale's Motion for Summary Judgment and ordered the parties to file a proposed joint pretrial order by May 9, 2025. [ECF Doc. 74]

2.      On April 11, 2025, counsel for Plaintiffs and Scottsdale conferred to discuss settlement and the possibility of participating in private mediation in an effort to try to resolve the matter. The same date, counsel for Plaintiffs offered proposed mediators for Scottsdale's consideration.

3.      On April 16, 2025, the Parties confirmed availability to participate in a mediation on May 23, 2025 before Hon. Jennifer Togliatti (Ret.), agreed to, and scheduled a mediation before Judge Togliatti (Ret.) on May 23, 2025.

4.      This is the Parties' first request to move the May 9, 2025 deadline set in the Court's March 31, 2025 Order on Scottsdale's Motion for Summary Judgment [ECF Doc. 74]. Prior to Scottsdale's filing of its Motion for Summary Judgment, the Parties had obtained prior extensions of the Discovery Plan and Scheduling Order with the last extension (the seventh extension) granted by U.S. Magistrate Judge Elayna J. Youchah on December 22, 2023 [ECF Doc. 69].

B.      **Good Cause Exists to Extend the May 9, 2025 Deadline**

This case involves complex issues of insurance coverage, insurance bad faith and damages related to a fire loss on a builders risk policy with a $6,000,000.00 policy limit.

So as to focus efforts on the scheduled mediation, the parties have mutually determined that it would be in the best interests of the parties to continue the deadline to file their proposed joint pretrial order by sixty (60) days so that they can focus their efforts and resources toward potential resolution of the matter at the May 23, 2025 mediation before incurring significant costs in the preparation of the joint pretrial order, which includes, in part, meet and confer conferences as to and the drafting of exhibit lists, witness lists, designations of deposition testimony, evidentiary objections, and issues for motions in limine. A sixty (60) day extension to July 8, 2025, would allow the parties

sufficient time to prepare and file a proposed joint pretrial order pursuant to Local Rule LR 16-3 in the event the parties are unable to reach a resolution of the matter at mediation on May 23, 2025.

        C.     **Proposed New Date to File Proposed Joint Pretrial Order.**

The Parties stipulate to and propose a new date to file a proposed joint pretrial order of **July 8, 2025** and hereby jointly move and request that the Court enter an order giving effect to their agreement for the reasons stated herein.

Dated this 16th day of April, 2025.     Dated this 16th day of April, 2025.

**WALSH & FRIEDMAN, LTD.**     **HINES HAMPTON PELANDA, LLP**

   /s/ Robert J. Walsh                /s/ Christine Emanuelson
ROBERT J. WALSH               NICOLE M. HAMPTON
Nevada Bar No. 3836              Nevada Bar No. 16090
400 S. Maryland Parkway          CHRISTINE M. EMANUELSON
Las Vegas, Nevada 89101          Nevada Bar No. 10143
                                              400 South 4th Street, Suite 500
*Attorney for Plaintiff,*                Las Vegas, NV 89101
*Arts District Holdings, LLC*

                                             *Attorneys for Defendant, Scottsdale Insurance Company*

Dated this 16th day of April, 2025.

**GARMAN TURNER GORDON LLP**

   /s/ Jared M. Sechrist
ERIKA PIKE TURNER              **ORDER**
Nevada Bar No. 6454
JARED M. SECHRIST
Nevada Bar No. 10439               **IT IS SO ORDERED.**
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for Plaintiff,*
*Edward Homes, Inc.*                     _____
                                             **ELAYNA J. YOUCHAH**
                                             **UNITED STATES MAGISTRATE JUDGE**

                                             Date:  April 17, 2025