Nicole M. Hampton
Nevada Bar No. 16090
nhampton@lawhhp.com
Christine M. Emanuelson, Esq.
Nevada Bar No. 10143
cemanuelson@lawhhp.com
Sara M. Rynerson
*Pro Hac Vice*, California Bar No. 328507
srynserson@lawhhp.com
HINES HAMPTON PELANDA, LLP
400 South 4th Street, Suite 500
Las Vegas, NV 89101
Tel.: (702) 933-7829
Fax: (702) 947-6757

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD HOMES, INC., a Nevada corporation; and ARTS DISTRICT HOLDINGS, LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio insurance company; DOE INDIVIDUALS I-X, inclusive; and ROE ENTITIES I-X, inclusive,<br><br>　　　　　　Defendants. | **CASE NO.:** 2:22-CV-00725-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS THE ACTION IN ITS ENTIRETY WITH PREJUDICE** |

**TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Edward Homes, Inc. and Arts District Holdings, LLC (collectively "Plaintiffs") and Defendant Scottsdale Insurance Company ("Defendant"), by and through their attorneys of record, having entered into a written confidential settlement agreement, and pursuant to *Federal Rules of Civil Procedure* 41(a), hereby stipulate and agree to dismiss the above-referenced action in its entirety, including all claims that were

1

1  and could have been asserted herein, with prejudice.

2      The parties have agreed that each side shall bear its own costs and fees.

3      **IT IS SO STIPULATED.**

4  Dated this 25th day of June, 2025.    Dated this 25th day of June, 2025.

**WALSH & FRIEDMAN, LTD.**    **HINES HAMPTON PELANDA, LLP**

*/s/ Robert J. Walsh*    */s/ Christine M. Emanuelson*
ROBERT J. WALSH    NICOLE M. HAMPTON
Nevada Bar No. 3836    Nevada Bar No. 16090
400 S. Maryland Parkway    CHRISTINE M. EMANUELSON
Las Vegas, Nevada 89101    Nevada Bar No. 10143
    400 South 4th Street, Suite 500
*Attorney for Plaintiff,*    Las Vegas, NV 89101
*Arts District Holdings, LLC*

    *Attorneys for Defendant, Scottsdale Insurance Company*

Dated this 25th day of June, 2025.

**GARMAN TURNER GORDON LLP**

*/s/ Erika Pike Turner*
ERIKA PIKE TURNER
Nevada Bar No. 6454
JARED M. SECHRIST
Nevada Bar No. 10439
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for Plaintiff,*
*Edward Homes, Inc.*

# ORDER

    **IT IS SO ORDERED.**

    **DATED** this 26th day of June, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on June 25, 2025, I received concurrence from Robert J. Walsh and Erika Pike Turner to file this document with their electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 25, 2025.

<u> /s/ Christine M. Emanuelson </u>
Christine M. Emanuelson